\*\* INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY \*\*

TIME RECEIVED                           REMOTE CSID            DURATION    PAGES    STATUS
December 16, 2020 at 8:30:47 AM EST     8124696356             38          1        Received

12-16-20;07:24AM;Kenny Kent Toyota Service                                 ;8124696356           #   1/   1

## DECLARATION OF DOUGLAS RAPP

Now comes Douglas Rapp and makes the following Declaration.

1. My name is Douglas Rapp. I live in Evansville, Indiana. I am 61 years old. I make this Declaration on personal knowledge, and I am competent to testify concerning the matters stated herein.

2. My father, who is deceased, was Charles H. Rapp. He worked for Alcoa for 27 years, from 1963 until he retired on July 1, 1990. My mother, Delores M. Rapp, who is 92, is still living, but she has dementia and is living in the memory unit of a nursing home and is unable to care for herself. I have power of attorney for all of my mother's affairs, and mail addressed to my mother comes to my address.

3. I was aware that my mother, as my father's surviving spouse, had insurance that was provided to her by Alcoa, but I did not have a detailed understanding of that insurance. Sometime between November 15 and November 20, 2020, a notice from Alcoa and/or Via Benefits addressed to my mother was delivered to my house. The one-page notice was titled "Action Needed" and it stated that changes were being made to my mother's insurance and that action had to be taken before the end of December. Although the notice made me aware that changes were being made in my mother's insurance, I was unsure what exactly they were talking about. Through conversations with George Barnett, a representative of Steelworkers Local 104, I have learned that Alcoa sent notices to other retirees covered by Alcoa insurance in August or September, 2020 advising them of upcoming changes effective January 1, 2021. But I did not receive any notice from Alcoa in August or September. The first I heard of the changes to my mother's insurance was when I received the "Action Needed" notice in November.

1

4. Upon receiving the notice from Alcoa/Via Benefits, I called a phone number listed on the notice to get information to better help me understand what was happening. I talked with someone who I believe was a Via Benefits representative. She said that they did not have a power of attorney authorizing me to speak for my mother so she could not deal with me. I sent the power of attorney to Via Benefits the next day, but I was then advised by Via Benefits that it would take 14 days for its legal department to review the power of attorney and authorize communications with me.

5. I was finally able to speak with a Via Benefits representative on December 9, 2020. She explained that there were several Medicare Supplements from which I could choose a plan to cover my mother. I asked her to email me descriptions of the benefits offered through the available Medicare Supplements so that I could review them in order to decide which Supplement seems best for my mother. The Via Benefits representative told me that she could not send an email outside the Company. I spent a long time on the phone with the Via Benefits representative without making much progress. I had to terminate the call because I had to go to work.

6. As the information I received from Via Benefits was not very helpful, I called the Steelworker Local Union 104 hall on December 9 to see if I could get more information about what I needed to do in order to prevent the loss of all of Alcoa health insurance benefits by my mother. I spoke with George Barnett who appeared very familiar with the process. Mr. Barnett explained to me that I had to obtain a complete list of my mother's health care needs including detailed information about all her prescriptions, all her medical care treatments, all her health care providers and all treatment facilities. And when I have compiled all this information, I then

2

have to call Via Benefits and speak to several representatives to provide all the information about my mother's health care and then choose a Medicare Supplement for her.

7. The information that I received from Mr. Barnett has been the most useful information that I have yet received about the change in my mother's health insurance. I have now started gathering the information that Mr. Barnett told me that I need by contacting the Medical Director of the nursing home where my mother is a patient.

8. On December 11, 2020, at about 2:40 p.m. I received a call from Alcoa which contained a recorded message. The message was that I had to take steps concerning my mother's coverage because the coverage terminated on December 1, 2020. I was extremely surprised by this message as December 1 has already passed. As the message was recorded, there was no one I could question about the contents of the message.

9. I hope that I can successfully complete the enrollment of my mother into the Medicare Exchange by the end of December. My mother certainly could not take the action necessary to enroll in the new program. I am finding the process very difficult myself, and, although retirees were supposed to have October through December to complete the enrollment process, I have been given less than thirty days because of the late delivery of information from Alcoa and Via Benefits and further delays because Via Benefits took over two weeks to authorize communications with me after I had provided my power of attorney.

Executed this _15_ day of December, 2020

    I declare under the penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

                                            _Douglas E Rapp_
                                            Douglas Rapp

12-16-20;07:26AM;Kenny Kent Toyota Service ;8124696356 # 1/ 1
Case 3:20-cv-00278-RLY-CSW Document 13 Filed 12/16/20 Page 4 of 4 PageID #: 871