# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### Evansville Division

| | |
|---|---|
| ROBERT W. SIMPKINS and LYNNETTE J. KAISER, on behalf of themselves and all other persons similarly situated; UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC; and ALUMINUM TRADES COUNCIL OF WENATCHEE, WASHINGTON AFL-CIO, <br><br>        Plaintiffs, <br>   v. <br><br> ALCOA USA CORP.; RETIREES GROUP BENEFIT PLAN FOR CERTAIN HOURLY EMPLOYEES OF ALCOA USA CORP.; MEDICARE EXCHANGE HEALTHCARE REIMBURSEMENT PLAN FOR CERTAIN MEDICARE ELIGIBLE RETIREES OF ALCOA; and ALCOA MEDICARE PART B REIMBURSEMENT PLAN FOR CERTAIN MEDICARE ELIGIBLE RETIREES OF ALCOA USA, <br><br>        Defendants. | No.: 3:20-cv-00278-RLY-MPB <br><br> Demand for Jury Trial |

### NOTICE OF FILING OF DECLARATION OF ROBERT W. SIMPKINS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Attached hereto as Exhibit A is the Declaration of Robert W. Simpkins in Support of Plaintiff's Motion for Preliminary Injunction (Doc. #8). Plaintiffs intended to file this Declaration on December 16, 2020, along with their Motion, and only just realized that they had failed to do so.

Dated: December 21, 2020

Respectfully submitted,

s/ Pamina Ewing
Pamina Ewing (Admitted *pro hac vice*)

**FEINSTEIN DOYLE PAYNE  & KRAVEC, LLC**
Joel R. Hurt (Admitted *pro hac vice*)
Ruairi McDonnell (Admitted *pro hac vice*)
429 Fourth Avenue, Suite 1300
Pittsburgh, PA  15219
Telephone: (412) 281-8400
Facsimile: (412) 281-1007
pewing@fdpklaw.com
jhurt@fdpklaw.com
rmcdonnell@fdpklaw.com

**MACEY SWANSON LLP**
Jeffrey A. Macey, Atty No.  28378-49
Barry A. Macey, Atty No. 8964-69
445 N. Pennsylvania Street, Suite 401
Indianapolis, Indiana 46204
Telephone: (317) 637-2345
Facsimile: (317) 637-2369
jmacey@maceylaw.com
bmacey@maceylaw.com

*Attorneys for Plaintiffs*

David R. Jury (Admitted *pro hac vice*)
General Counsel
United Steelworkers
60 Boulevard of the Allies, Room 807
Pittsburgh, Pennsylvania 15222
Telephone: (412) 562-2549
Facsimile: (412) 562-2574
djury@usw.org

*Attorney for Plaintiff United Steelworkers*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on December 21, 2020, a copy of the foregoing document was filed electronically. Because one of Plaintiffs' counsel was advised by Mr. Birsic, referenced below, that he will be representing Defendants in this litigation and that he would accept service for Defendants service of this filing will be made via email at the following email addresses:

> Thomas Birsic
> Jeffrey Richter
> K&L Gates
> 210 Sixth Avenue
> Pittsburgh, PA  15222
> Telephone: 412.355.6500
> thomas.birsic@klgates.com
> jeff.richter@klgates.com
>
> Rosemary Alito
> One Newark Center, Tenth Floor
> Newark, NJ  07102
> Telephone: 973.848.4000
> rosemary.alito@klgates.com

                                                  s/ Pamina Ewing
                                                      Pamina Ewing