# EXHIBIT F



| Important Information
About Your Health Care Plan



1 1 SP 0.900
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*SNGLP T1 P1
<<FirstName>> <<LastName>>
<<addressLine1>>
<<addressLine2>>
<<city>>, <<state>> <<zip>>
<<country>>

# Important Information About Your Health Care Plan
# Please Read Carefully

Dear Retired Colleague and Eligible Spouse,

In December 2019, Alcoa announced that beginning January 2021, your health care will be delivered through Via Benefits. Over the next few months, you will receive several communications from Via Benefits that will explain everything you need to know to help you through the transition.

Via Benefits is the nation's largest private Medicare exchange and you may select your coverage from an array of carriers and plans based on your individual needs. Many Alcoa retirees already purchase their coverage through Via Benefits and often find a higher level of coverage for a lower cost than before the change.

Please carefully read the information included in this letter, as you **must take action during the enrollment period, which runs between October and December. You will receive information from Via Benefits regarding specific enrollment dates and assistance to help you through the enrollment process.**

### Table of Contents

| | Page |
|---|---|
| What will be different? | 2 |
| Help to review your options | 2 |
| Coming Soon | 3 |

### Questions?

Call 1-844-620-5731
Representatives are available
8:00 a.m. to 9:00 p.m.
Eastern Time,
Monday through Friday.

751488-080720-AlcoaUSA_Announcement_ANNC_4

**What will be different?**
- You will choose an individual Medicare plan that is right for you. Your decision will be based upon the plans that are available where you live and your specific needs.
- You and your eligible spouse may elect different medical plans.
- Your exact premium will depend upon which coverage you purchase.
- Your contribution towards the cost of coverage will no longer be deducted from your monthly pension payment. Alcoa's reimbursement of your Medicare Part B premium, if you were receiving it, will end because it is now a part of Alcoa's contribution (see below).
- Alcoa's contribution will be provided through a Health Reimbursement Account, also called an HRA. You can use this account to pay your premium or out-of-pocket medical costs such as a deductible or copayment. Via Benefits will provide you with details on how the process will work.

Alcoa's contribution to the HRA is a blend of what Alcoa pays now, including the reimbursement of your Medicare Part B premium. Any unused funds in your HRA will carry over as long as you remain enrolled in a medical plan associated with Alcoa through Via Benefits. The contribution is provided to eligible retirees and eligible spouses. If you have a dependent child, they may enroll in a plan through Via Benefits, however, they will not receive a contribution from Alcoa.

**Help to review your options**

Via Benefits will provide you with personalized support every step of the way as you evaluate, choose, and enroll in new Medicare coverage. Their benefit advisors, who are licensed insurance agents, will be your go-to resource for questions about the transition to your new coverage and the enrollment process. Their advice and decision-making support will be based on your current coverage and future needs.
You can contact them now or at any time in the future at 1-844-620-5731 (Monday through Friday from 8:00 am – 9:00 p.m. Eastern Time), or online at **my.viabenefits.com/AlcoaUSA**.
**Please note:** if you decline to enroll in this program in 2021 or at any time in the future, you will not be able to enroll and receive the Alcoa contribution at a later date.

**Coming soon**

Look for additional mailings in the coming months to assist you with the transition to Via Benefits. To ensure your understanding of the new carriers and plans, you can have a trusted family member, friend or advisor participate on the calls with your Via Benefits representative.
The following is the schedule for you to receive additional information, but you can always contact Via Benefits at any time:

**August**
- If you are currently enrolled in an Alcoa plan, you will receive a Getting Started Guide soon. This guide will provide you with details on how to prepare for enrollment, what to expect during your enrollment call, and answers many other frequently asked questions.

2

September
- Attend a Live Webinar presentation using your computer or your tablet. To help you learn more about upcoming changes to your retiree healthcare coverage and the plans that will be available through Via Benefits, please plan on attending a 90-minute live Webinar presentation online.

If you experience technical difficulties, or can't attend a live Webinar presentation, go to **my.viabenefits.com/AlcoaUSA** and click on **Alcoa Retiree Anytime Webcast** to watch the presentation. Or, call 1-833-784-0482 to listen to a pre-recorded audio presentation.



3

**October**
- If you are currently enrolled in an Alcoa plan, an Enrollment Guide will be mailed to your home. If you are not currently enrolled, you will receive an Advantage Guide. These guides will provide information to help you understand new coverage options, set expectations for your enrollment call, and what to expect after enrollment. It will also provide details about the HRA and Alcoa's contribution.
- **Open Enrollment begins.**
- If you are currently enrolled in an Alcoa plan, Open Enrollment is October 1 through December 31.
- If you are not currently enrolled in an Alcoa plan, Open Enrollment is October 15 through December 7

**November**
- Enrollment season continues.
- Reminders are mailed to you if you have not contacted Via Benefits to enroll.

**December**
- Enrollment ends.

**January**
- New coverage begins January 1, 2021.
- Detailed information about your new coverage and how to access your Health Reimbursement Account is mailed to your home.

**Things to keep in mind**
- You must take action during the Open Enrollment time frames noted above if you wish to be enrolled in Alcoa-sponsored coverage.
- If you decline coverage and do not enroll, you will not be able to enroll and receive the Alcoa HRA contribution at a later date.
- HRA contributions are available for you, as an eligible retiree, and your eligible spouse only.
- You will no longer have your premium contribution, if any, deducted from your monthly pension payment.
- You will no longer receive a separate Medicare Part B reimbursement from Alcoa because it is now included in your HRA.

Alcoa and Via Benefits look forward to providing you with the support you need to make an informed and confident choice about your new health care coverage.

Tammi Jones,

Executive Vice President and
Chief Human Resources Officer