UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
Evansville Division

| | |
|---|---|
| LYNNETTE J. KAISER, et al., | |
| Plaintiffs, | Case No.: 3:20-cv-278 |
| v. | |
| ALCOA USA CORP. et al., | Demand for Jury Trial |
| Defendants. | |

## CLASS REPRESENTATIVE'S MOTION FOR CLASS CERTIFICATION

Plaintiff Lynnette J. Kaiser hereby moves for class certification pursuant to Rule 23 of the Federal Rules of Civil Procedure, seeking to certify the following class ("Class") as to all counts in Plaintiffs' Complaint:

> All former employees of Alcoa USA Corp., its predecessors, or affiliated companies (collectively, "Alcoa") who were represented by the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO/CLC, Aluminum Trades Council of Wenatchee, Washington AFL-CIO, the Longview Federated Aluminum Council, or a predecessor union, together with their eligible spouses, surviving spouses, and other dependents, who as of December 31, 2020 were eligible to receive uncapped health care benefits from Alcoa upon attaining Medicare-eligibility, and whose Alcoa-provided benefits or eligibility for those benefits was terminated as of January 1, 2021.

As explained in the accompanying Memorandum, the Court should certify the Class, appoint Mrs. Kaiser as the representative of the Class, and appoint the undersigned law firms Feinstein Doyle Payne & Kravec, LLC and Macey Swanson LLP as class counsel.

Dated:  February 11, 2022          Respectfully submitted,

                                          /s/ Pamina Ewing
                                                Pamina Ewing

**FEINSTEIN DOYLE PAYNE**
   **& KRAVEC, LLC**
Joel R. Hurt
Ruairi McDonnell
429 Fourth Avenue
Law & Finance Building, Suite 1300
Pittsburgh, Pennsylvania 15219
Telephone: (412) 281-8400
Facsimile: (412) 281-1007
pewing@fdpklaw.com
jhurt@fdpklaw.com
rmcdonnell@fdpklaw.com

**MACEY SWANSON LLP**
Barry A. Macey
Jeffrey A. Macey
445 N. Pennsylvania Street, Suite 401
Indianapolis, Indiana 46204
Telephone: (317) 637-2345
Facsimile: (317) 637-2369
bmacey@maceylaw.com
jmacey@maceylaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that, on February 11, 2022, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                                        s/ Pamina Ewing
                                          Pamina Ewing