# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| LYNNETTE J. KAISER et al., | |
| Plaintiffs, | |
| v. | No. 3:20-cv-00278-RLY-MPB |
| ALCOA USA CORP. et al., | |
| Defendants. | |

## JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR CLASS CERTIFICATION

Plaintiffs and Defendants (together, the "Parties"), by and through their undersigned counsel, respectfully move this Court for a 14-day extension of time for Defendants to respond to Plaintiffs' Motion for Class Certification, ECF No. 81, and an extension for Plaintiffs to reply. As grounds for their motion, the Parties state:

1. Under the Court's most recent amendment to the scheduling order dated March 11, 2022, ECF No. 85, the deadlines for the Motion for Class Certification are as follows:

   **April 11, 2022:**   Defendant's response to motion for class certification
   **May 1, 2022:**   Plaintiffs' reply in support of class certification

2. To date, the Parties have been actively conducting discovery, and have cooperated on scheduling and attempting to resolve discovery issues, which are currently ongoing.

3. However, the deposition of Plaintiff and sole class representative Lynette Kaiser remains to be taken. The Parties have been working to set dates for Ms. Kaiser's deposition, but have been delayed by their efforts to resolve various discovery disputes, including with regard to

documents connected to Ms. Kaiser and which may be relevant for her deposition. The Parties are nearing agreement on these issues and are actively communicating to schedule a new date for Ms. Kaiser's deposition.

4. Accordingly, the deposition of Ms. Kaiser will not be able to be completed before Defendants' response to the class certification motion is due. Defendants believe that this deposition is necessary and crucial to their ability to respond to the Motion for Class Certification because Ms. Kaiser is the sole class representative seeking to establish a right of recovery on behalf of the putative class members. Defendants need additional time to conduct this deposition, consider the new testimony, and finalize and submit their response brief.

5. Accordingly, the Parties hereby jointly request a 14-day extension within which Defendants may file their class certification response brief to April 25, 2022. Because a corresponding extension of 14 days for Plaintiffs' reply would result in the deadline coinciding with one of Plaintiffs' counsels' prearranged travel plans, the Parties also jointly request a 23 day extension for Plaintiffs to file their reply brief, to May 24, 2022. The Parties' proposed schedule for the remaining class certification briefs is as follows:

| | |
|---|---|
| **April 25, 2022:** | Defendants' response to motion for class certification |
| **May 24, 2022:** | Plaintiffs' reply in support of class certification |

6. No party will be prejudiced by the relief sought.

WHEREFORE, the Parties respectfully request that this Court enter the proposed order attached hereto.

Dated: April 6, 2022

Respectfully submitted,

**MARK MILLER LAW OFFICE**

*/s/ Mark Miller*
Mark E. Miller (Attorney No. 10458-82)

2

312191846.1

915 Main Street – Suite 203
P.O. Box 3009
Evansville, Indiana  47730
Telephone: 812.303.3444
mmiller@indianalawonline.com

**K&L GATES LLP**

Thomas Birsic (admitted *pro hac vice*)
Jeffrey Richter (admitted *pro hac vice*)
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: 412.355.6500
Fax: 412.355.6501
thomas.birsic@klgates.com
jeff.richter@klgates.com

Rosemary Alito (admitted *pro hac vice*)
One Newark Center, Tenth Floor
Newark, New Jersey 07102
Telephone: 973.848.4000
Fax: 973.848.4001
rosemary.alito@klgates.com

*Attorneys for Defendants*


**FEINSTEIN DOYLE PAYNE
   & KRAVEC, LLC**

William T. Payne
Joel R. Hurt
Ruairi McDonnell
429 Fourth Avenue
Law & Finance Building, Suite 1300
Pittsburgh, PA  15219
Telephone: (412) 281-8400
Facsimile: (412) 281-1007
pewing@fdpklaw.com
wpayne@fdpklaw.com
jhurt@fdpklaw.com
rmcdonnell@fdpklaw.com

**MACEY SWANSON LLP**

Barry A. Macey
Jeffrey A. Macey

3

312191846.1

445 N. Pennsylvania Street, Suite 401
Indianapolis, IN  46204
Telephone: (317) 637-2345
Facsimile: (317) 637-2369
bmacey@maceylaw.com
jmacey@maceylaw.com

*Attorneys for Plaintiffs*

David R. Jury, General Counsel
United Steelworkers
60 Boulevard of the Allies, Room 807
Pittsburgh, PA  15222
Telephone: (412) 562-2549
Facsimile: (412) 562-2574
djury@usw.org

*Attorney for Plaintiff United Steelworkers*

312191846.1

## CERTIFICATE OF SERVICE

I certify that on April 6, 2022, a true and correct copy of the foregoing document was served upon counsel of record by the Court's CM/ECF service.

/s/ *Mark Miller*
Mark Miller

312191846.1