IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LYNNETTE J. KAISER et al., | |
| Plaintiffs, | |
| v. | No. 3:20-cv-00278-RLY-MPB |
| ALCOA USA CORP. et al., | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR CLASS CERTIFICATION**

AND NOW, this ____ day of April, 2022, upon consideration of the Parties' Joint Motion for Extension of Time to Respond to Motion for Class Certification, the Motion is hereby **GRANTED**.

The deadlines contained in the Court's March 11, 2022 scheduling order at ECF No. 85 are amended as follows:

**April 25, 2022:**   Defendant's response to motion for class certification
**May 24, 2022:**   Plaintiffs' reply in support of class certification

SO ORDERED.

By the Court:

_____

**Served electronically on all ECF-registered counsel.**

312191895.1