IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LYNNETTE J. KAISER et al., | |
| Plaintiffs, | |
| v. | No. 3:20-cv-278-RLY-MPB |
| ALCOA USA CORP. et al., | |
| Defendants. | |

## ORDER

**AND NOW**, this 1st day of July, 2022, upon consideration of Defendants' Motion for Leave to File Surreply in response to Plaintiffs' Reply Memorandum of Law in Support of their Motion for Class Certification, the motion is **GRANTED**. (Dkt. No. 98).

**IT IS HEREBY ORDERED** that Defendants shall file the proposed surreply attached to their motion as a separate entry in the case within five (5) days from the date of this order.

SO ORDERED.

Date: July 1, 2022

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.