# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| LYNNETTE J. KAISER et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALCOA USA CORP. et al., <br><br> Defendants. | No. 3:20-cv-00278-RLY-MPB |

## MOTION TO APPROVE JOINT PROPOSED SCHEDULING PLAN

Plaintiffs and Defendants (together, the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Proposed Scheduling Plan, in accordance with the Court's instructions at the January 13, 2023 status conference and its January 31, 2023 Order (ECF No. 123).

The Parties respectfully propose the following case deadlines:

**February 17, 2023:** Party (or parties) with the burden of proof to file statement of claims or defenses it intends to prove at trial.

**March 31, 2023:** Dispositive motions due as to all liability issues.

**April 28, 2023:** Responses to dispositive motions due.

**May 12, 2023:** Replies to dispositive motions due.

The Parties have jointly concluded that economy and efficiency will be best promoted if discovery relating to the calculation of Plaintiffs' claimed damages, including expert reports and

expert discovery, if any, will take place after the Court's ruling on the Parties' dispositive motions. Therefore, the Parties respectfully request leave to propose additional dates related to damages discovery after the Court's order on the Parties' dispositive motions. This shall not preclude either Party from advancing arguments in dispositive motions as to damages issues they contend are or are not relevant to liability.

      WHEREFORE, the Parties ask that the Court enter the proposed order filed herewith.

| | |
|---|---|
| Dated: February 1, 2023 | Respectfully submitted, |
| | **MARK MILLER LAW OFFICE** |
| | */s/ Mark Miller* |
| | Mark E. Miller (Attorney No. 10458-82) |
| | 915 Main Street – Suite 203 |
| | P.O. Box 3009 |
| | Evansville, Indiana 47730 |
| | Telephone: 812.303.3444 |
| | mmiller@indianalawonline.com |
| | |
| | **K&L GATES LLP** |
| | Thomas Birsic (admitted *pro hac vice*) |
| | Jeffrey Richter (admitted *pro hac vice*) |
| | 210 Sixth Avenue |
| | Pittsburgh, Pennsylvania 15222 |
| | Telephone: 412.355.6500 |
| | Fax: 412.355.6501 |
| | thomas.birsic@klgates.com |
| | jeff.richter@klgates.com |
| | |
| | Rosemary Alito (admitted *pro hac vice*) |
| | One Newark Center, Tenth Floor |
| | Newark, New Jersey 07102 |
| | Telephone: 973.848.4000 |
| | Fax: 973.848.4001 |
| | rosemary.alito@klgates.com |
| | |
| | ***Attorneys for Defendants*** |

**FEINSTEIN DOYLE PAYNE
   & KRAVEC, LLC**

William T. Payne
Joel R. Hurt
Ruairi McDonnell
429 Fourth Avenue
Law & Finance Building, Suite 1300
Pittsburgh, PA  15219
Telephone: (412) 281-8400
Facsimile: (412) 281-1007
pewing@fdpklaw.com
wpayne@fdpklaw.com
jhurt@fdpklaw.com
rmcdonnell@fdpklaw.com

**MACEY SWANSON LLP**

Barry A. Macey
Jeffrey A. Macey
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN  46204
Telephone: (317) 637-2345
Facsimile: (317) 637-2369
bmacey@maceylaw.com
jmacey@maceylaw.com

*Attorneys for Plaintiffs*

David R. Jury, General Counsel
United Steelworkers
60 Boulevard of the Allies, Room 807
Pittsburgh, PA  15222
Telephone: (412) 562-2549
Facsimile: (412) 562-2574
djury@usw.org

*Attorney for Plaintiff United Steelworkers*

## CERTIFICATE OF SERVICE

      I certify that on February 1, 2023, a true and correct copy of the foregoing document was served upon counsel of record by the Court's CM/ECF service.

                                              /s/ *Mark Miller*
                                              Mark Miller

314580052.1