IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LYNNETTE J. KAISER et al., | |
| Plaintiffs, | |
| v. | No. 3:20-cv-00278-RLY-MPB |
| ALCOA USA CORP. et al., | |
| Defendants. | |

**ORDER APPROVING JOINT PROPOSED SCHEDULING PLAN**

Plaintiffs and Defendants (together, the Parties), having submitted a Joint Proposed Scheduling Plan (ECF No. 125) in accordance with the Court's instructions at the January 13, 2023, status conference and its January 31, 2023, Order (ECF No. 123), and good cause appearing therefor, it is ORDERED:

The following deadlines will apply:

**February 17, 2023:** Party (or parties) with the burden of proof to file statement of claims or defenses it intends to prove at trial.

**March 31, 2023:** Dispositive motions due as to all liability issues.

**April 28, 2023:** Responses to dispositive motions due.

**May 12, 2023:** Replies to dispositive motions due.

Discovery relating to the calculation of Plaintiffs' claimed damages, including expert reports and expert discovery, if any, will take place after the Court's ruling on the Parties' dispositive motions.  Within twenty one (21) days after the Court's order on the Parties'

dispositive motions, the Parties shall propose additional dates related to damages discovery. This shall not preclude either Party from advancing arguments in dispositive motions as to damages issues they contend are or are not relevant to liability.

    SO ORDERED.

Date:  February 23, 2023

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel.**