**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**Evansville Division**

| | |
|---|---|
| LYNNETTE J. KAISER, et al., | |
| Plaintiffs, | Case No.: 3:20-cv-278 |
| v. | |
| ALCOA USA CORP. et al., | Demand for Jury Trial |
| Defendants. | |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO LIABILITY**

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure and Local Rule 56-1, Plaintiffs, on behalf of themselves and the Class certified by this Court's September 29, 2022 Order (ECF No. 108), hereby move for partial summary judgment as to the issue of liability. In support thereof, Plaintiffs state as follows:

1. Plaintiffs are entitled to partial summary judgment as to Count I of the Class Action Complaint (ECF No. 1 at 24) under Section 301 of the Labor Management Relations Act ("LMRA"), 29 U.S.C § 185(a), as the undisputed facts of record demonstrate that Defendants (hereinafter "Alcoa") breached the terms of collective bargaining agreements ("CBAs") in effect when the Class Members in this case retired by unilaterally terminating their retiree health benefits on January 1, 2021.

2. Plaintiffs are entitled to partial summary judgment as to Count II of the Class Action Complaint (ECF No. 1 at 25) under Section 502(a) of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C § 1132(a), as by breaching the CBAs Alcoa violated the terms of a negotiated employee welfare benefit plan within the meaning of ERISA.

3. The parties have agreed, and on February 23, 2023 this Court ordered, that discovery relating to the calculation of Plaintiffs' claimed damages will take place after the Court

rules on this motion and any dispositive motion by Alcoa. (ECF No. 129).

WHEREFORE, for the reasons explained in Plaintiffs' supporting Memorandum of Law and the other materials filed with this Motion, Plaintiff requests that the Court grant partial summary judgment as to the issue of Alcoa's liability, after which the parties will propose additional dates for damages discovery pursuant to the Court's February 23, 2023 Order. A proposed order is filed herewith.

Dated: March 31, 2023,  Respectfully submitted,

 s/Joel R. Hurt
 Joel R. Hurt

**FEINSTEIN DOYLE PAYNE  & KRAVEC, LLC**

Pamina Ewing
Joel R. Hurt
Ruairi McDonnell
429 Fourth Avenue
Law & Finance Building, Suite 1300
Pittsburgh, Pennsylvania 15219
Telephone: (412) 281-8400
Facsimile: (412) 281-1007
pewing@fdpklaw.com
wpayne@fdpklaw.com
jhurt@fdpklaw.com
rmcdonnell@fdpklaw.com

**MACEY SWANSON LLP**
Barry A. Macey
Jeffrey A. Macey
445 N. Pennsylvania Street, Suite 401
Indianapolis, Indiana 46204
Telephone: (317) 637-2345
Facsimile: (317) 637-2369
bmacey@maceylaw.com
jmacey@maceylaw.com

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

      I hereby certify that, on March 31, 2023, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                                              s/Joel R. Hurt
                                              Joel R. Hurt