**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| LYNNETTE J. KAISER, et al.,<br><br>   Plaintiffs,<br> v.<br><br>ALCOA USA CORP. et al.,<br><br>   Defendants. | No. 3:20-cv-278-RLY-CSW |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR ENTRY OF ORDER OF JUDGMENT**

AND NOW, this _____ day of _____, 2024, upon consideration of the Parties' Joint Motion for Extension of Time to File Response to Motion for Entry of Order of Judgment, the Motion is hereby **GRANTED**. The deadlines for Plaintiffs' Motion for Entry of Order of Judgment ("Motion"), ECF No. 167, are amended as follows:

 **May 31, 2024:**  Defendant's response to Motion due

 **June 14, 2024:**  Plaintiffs' reply in support Motion due

 **SO ORDERED.**

                By the Court:

                _____

**Served electronically on all ECF-registered counsel.**