IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LYNNETTE J. KAISER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALCOA USA CORP., et al.,<br><br>Defendants. | No. 3:20-cv-278-RLY-CSW |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY TO
MOTION FOR ENTRY OF ORDER OF JUDGMENT AND FOR SURREPLY**

Plaintiffs and Defendants (together, the "Parties"), by and through their undersigned counsel, respectfully move this Court for an extension of time whereby Plaintiffs be permitted to file their reply in support of their Motion for Entry of Order of Judgment ("Motion"), ECF No. 167, 10 days after Plaintiffs take the deposition of Alcoa employee Tiffany Ackerman, and whereby Defendants are permitted to file a surreply within 14 days of Plaintiffs' reply. As grounds for this motion, the Parties state:

1. Plaintiffs filed their Motion on May 3, 2024. *See* ECF No. 167.

2. On May 31, 2024, Defendants timely filed their response in opposition to Plaintiffs' Motion. *See* ECF No. 170. In their response to the Motion, Defendants rely upon two declarations from Tiffany Ackerman, a Compensation and Benefits Consultant for Alcoa, one which includes 22 paragraphs of testimony and attaches exhibits, and one which contains 21 paragraphs of testimony. *See* ECF No. 170-2 and 170-4.

3. Per this Court's May 14, 2024 Order, Plaintiffs' reply is due by June 14, 2024. *See* ECF No. 169.

1

4. The Parties have met and conferred and agree that an extension of the deadline for Plaintiffs' reply brief is merited. First, the Parties agree that given the length of Defendants' response, Plaintiffs should be granted an extension of time to address Defendants' arguments. Second, Plaintiffs believe that to fully address the arguments in Defendants' response, they require the opportunity to depose Ms. Ackerman, and Defendants have agreed to voluntarily present Tiffany Ackerman for a deposition on the subjects raised in her declarations attached to Defendants' response. Accordingly, the Parties believe that an extension of the deadline for Plaintiffs' reply is merited, whereby the deadline is extended to 10 days following the deposition of Ms. Ackerman.

5. The Parties are currently working on setting a date for Ms. Ackerman's deposition and will advise the Court as soon as the date is set. The Parties anticipate being in a position advise the Court of this date by June 19, 2024.

6. In addition, the Parties have agreed that Defendants should be permitted to file a surreply to address any arguments by Plaintiffs regarding Ms. Ackerman's deposition testimony. The Parties agree that any such surreply should be due within 14 days of Plaintiffs' reply.

7. Accordingly, the Parties hereby jointly request an extension of time whereby Plaintiffs will have 10 days after Ms. Ackerman's deposition to file their reply and Defendants will have 14 days after Plaintiffs' reply to file a surreply addressing Plaintiffs' arguments regarding Ms. Ackerman's deposition testimony.

8. No party will be prejudiced by the relief sought and these extensions will not affect any of the other deadlines set in this case.

WHEREFORE, the Parties respectfully request that this Court enter the proposed order attached hereto.

DATED:  June 14, 2024                               Respectfully submitted,

                                                   **FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**

By:   s/ *Ruairi McDonnell*
      Ruairi McDonnell

Pamina Ewing
Joel R. Hurt
Ruairi McDonnell
429 Fourth Avenue
Law & Finance Building, Suite 1300
Pittsburgh, PA  15219
Telephone: (412) 281-8400
Facsimile: (412) 281-1007
pewing@fdpklaw.com
jhurt@fdpklaw.com
rmcdonnell@fdpklaw.com

**MACEY SWANSON LLP**

Barry A. Macey
Jeffrey A. Macey
429 N. Pennsylvania Street, Suite 204
Indianapolis, IN  46204
Telephone: (317) 637-2345
Facsimile: (317) 637-2369
bmacey@maceylaw.com
jmacey@maceylaw.com

*Attorneys for Plaintiffs*

David R. Jury, General Counsel
United Steelworkers
60 Boulevard of the Allies, Room 807
Pittsburgh, PA  15222
Telephone: (412) 562-2549
Facsimile: (412) 562-2574
djury@usw.org

*Attorney for Plaintiff United Steelworkers*

**MARK MILLER LAW OFFICE**

Mark E. Miller (Attorney No. 10458-82)
915 Main Street – Suite 203
PO Box 3009
Evansville, IN  47708
Telephone: 812.303.3444
mmiller@indianalawonline.com

**K&L GATES LLP**

Thomas Birsic (admitted *pro hac vice*)
Jeffrey Richter (admitted *pro hac vice*)
210 Sixth Avenue
Pittsburgh, PA  15222
Telephone: 412.355.6500
Fax: 412.355.6501
thomas.birsic@klgates.com
jeff.richter@klgates.com

Rosemary Alito (admitted *pro hac vice*)
One Newark Center, Tenth Floor
Newark, NJ  07102
Telephone: 973.848.4000
Fax: 973.848.4001
rosemary.alito@klgates.com

***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that, on June 14, 2024**,** a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                                            *s/ Ruairi McDonnell*
                                            Ruairi McDonnell