# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# Evansville Division

| | |
|---|---|
| LYNNETTE J. KAISER, on behalf of herself and all other persons similarly situated, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> ALCOA USA CORP., *et al.*, <br><br> Defendants. | No.: 3:20-cv-00278-RLY-MJD |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY TO MOTION FOR ENTRY OF ORDER OF JUDGMENT AND FOR SURREPLY

AND NOW, this __ day of _____, 2024, upon consideration of the Parties' Joint Motion for Extension of Time to File Reply to Motion for Entry of Order of Judgment and for Surreply, the Motion is hereby GRANTED. Plaintiffs shall have 10 days from the date of Tiffany Ackerman's deposition to file their reply. Defendants shall have 14 days from the date of Plaintiffs' reply to file a surreply. The Parties shall advise the Court of the scheduled date of Ms. Ackerman's deposition by June 19, 2024.

**SO ORDERED.**

By the Court:

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel.**