UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| LYNNETTE J. KAISER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:20-cv-00278-RLY-CSW |
| | ) | |
| ALCOA USA CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING AMENDED JOINT MOTION FOR EXTENSION OF TIME
TO FILE REPLY TO MOTION FOR ENTRY OF ORDER OF
JUDGMENT AND FOR SURREPLY**

AND NOW, this 21st day of June, 2024, upon consideration of the Parties'
*Joint Motion for Extension of Time to File Reply to Motion for Entry of Order of
Judgment and for Surreply* (Dkt. No. 171) *and their Amended Joint Motion for
Extension of Time to File Reply to Motion for Entry of Order of Judgment and for
Surreply* (Dkt. No. 173), the Motions are hereby **GRANTED.**

IT IS THEREFORE ORDERED that Plaintiffs shall have 10 days from the
date of Tiffany Ackerman's deposition to file their reply. Ms. Ackerman's deposition
is scheduled for July 10, 2024, and therefore Plaintiffs' reply is due by **July 22,
2024**. Defendants shall file any surreply by **August 5, 2024**.

**SO ORDERED.**

Date:  June 21, 2024

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel.**