UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LYNNETTE J. KAISER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:20-cv-00278-RLY-CSW |
| ) | |
| ALCOA USA CORP., *et al.*, ) | |
| ) | |
| Defendants. ) | |

# FINAL JUDGMENT

The court has granted summary judgment for Plaintiffs and issued a permanent injunction. Accordingly, the court now enters final judgment in favor of the Plaintiffs and against the Defendants.

**IT IS SO ORDERED** this 28th day of March 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record.

1