IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LYNNETTE J. KAISER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALCOA USA CORP.; RETIREES GROUP BENEFIT PLAN FOR CERTAIN HOURLY EMPLOYEES OF ALCOA USA CORP.; MEDICARE EXCHANGE HEALTHCARE REIMBURSEMENT PLAN FOR CERTAIN MEDICARE ELIGIBLE RETIREES OF ALCOA; and ALCOA MEDICARE PART B REIMBURSEMENT PLAN FOR CERTAIN MEDICARE ELIGIBLE RETIREES OF ALCOA USA, <br><br> Defendants. | No. 3:20-cv-278-RLY-CSW |

**NOTICE OF APPEAL**
**TO THE U.S. COURT OF APPEALS FOR THE SEVENTH CIRCUIT**

Notice is hereby given that all Defendants hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment (ECF No. 182) entered in this action on March 28, 2025. This notice of appeal encompasses all orders merging in the final judgment, *see* Fed. R. App. P. 3(c)(4), including, without limitation, the Entry Granting Plaintiffs' Partial Motion for Summary Judgment as to Liability and Granting in Part and Denying in Part Defendants' Cross-Motion for Summary Judgment (ECF No. 166), entered on March 25, 2024; and the Entry Granting Plaintiffs' Motion for Entry of Order of Judgment (ECF No. 180) and the Order Granting Permanent Injunction (ECF No. 181), both entered on March 28, 2025.

1

DATED: April 11, 2025                             Respectfully submitted,


   /s/ *Thomas Birsic*

**K&L GATES LLP**
Thomas Birsic (admitted *pro hac vice*)
Jeffrey Richter (admitted *pro hac vice*)
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: 412.355.6500
Fax: 412.355.6501
thomas.birsic@klgates.com
jeff.richter@klgates.com

Rosemary Alito (admitted *pro hac vice*)
One Newark Center, Tenth Floor
Newark, New Jersey 07102
Telephone: 973.848.4000
Fax: 973.848.4001
rosemary.alito@klgates.com

**MARK MILLER LAW OFFICE**
Mark E. Miller (Attorney No. 10458-82)
915 Main Street – Suite 203
PO Box 3009
Evansville, Indiana 47708
Telephone: 812.303.3444
mmiller@indianalawonline.com

***Attorneys for Defendants***

**CERTIFICATE OF SERVICE**

   I hereby certify that, on April 11, 2025, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

               */s/ Thomas Birsic*
                Thomas Birsic