IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LYNNETTE J. KAISER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALCOA USA CORP., et al., <br><br> Defendants. | No. 3:20-cv-278-RLY-CSW |

**DEFENDANTS' MOTION TO STAY INJUNCTION PENDING APPEAL**

Pursuant to Federal Rule of Civil Procedure 62(d), Defendants move the Court to stay enforcement of the injunction entered against them, ECF No. 181, pending resolution of Defendants' appeal, ECF No. 183.  The bases of this Motion are set forth in Defendants' accompanying Memorandum of Law and the First and Second Declarations of Tiffany Ackerman.

WHEREFORE, Defendants respectfully request that this Court grant their Motion to Stay Injunction Pending Appeal.

DATED:  April 11, 2025

Respectfully submitted,

 /s/ Thomas Birsic

**K&L GATES LLP**
Thomas Birsic (admitted *pro hac vice*)
Jeffrey Richter (admitted *pro hac vice*)
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: 412.355.6500

    Fax: 412.355.6501
    thomas.birsic@klgates.com
    jeff.richter@klgates.com

    Rosemary Alito (admitted *pro hac vice*)
    One Newark Center, Tenth Floor
    Newark, New Jersey 07102
    Telephone: 973.848.4000
    Fax: 973.848.4001
    rosemary.alito@klgates.com

    **MARK MILLER LAW OFFICE**
    Mark E. Miller (Attorney No. 10458-82)
    915 Main Street – Suite 203
    PO Box 3009
    Evansville, Indiana 47708
    Telephone: 812.303.3444
    mmiller@indianalawonline.com

    ***Attorneys for Defendants***

**CERTIFICATE OF SERVICE**

    I hereby certify that, on April 11, 2025, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                                                                 _/s/ Thomas Birsic_
                                                                   Thomas Birsic