# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | |
|---|---|
| LYNNETTE J. KAISER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALCOA USA CORP., et al., <br><br> Defendants. | No. 3:20-cv-278-RLY-CSW |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY INJUNCTION PENDING APPEAL

AND NOW, this _____ day of _____, 2025, upon consideration of Defendants' Motion to Stay Injunction Pending Appeal, the Motion is hereby **GRANTED**. The permanent injunction entered by the Court, ECF No. 181, is hereby stayed pending appeal.

**SO ORDERED.**

By the Court:

_____
Richard L. Young, Judge
United States District Court
Southern District of Indiana

**Served electronically on all ECF-registered counsel.**