IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

LYNNETTE J. KAISER, et al.,

          Plaintiffs,

    v.

ALCOA USA CORP., et al.,

          Defendants.

No. 3:20-cv-278-RLY-CSW

**APPENDIX OF EXHIBITS IN DEFENDANTS' MEMORANDUM OF LAW
IN SUPPORT OF MOTION TO STAY INJUNCTION PENDING APPEAL**

**TABLE OF CONTENTS**

**Exhibit**

First Declaration of Tiffany Ackerman...........................................................................**A**

Second Declaration of Tiffany Ackerman ......................................................................**B**

Judgement Order, *Curtis*, ECF No. 524.........................................................................**C**

Alcoa's Answer to Plaintiffs' Amended Complaint, *Curtis*, ECF No. 11 ....................**D**

Alcoa's Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction, *Curtis*, ECF No. 64.....................................................................................................................**E**

Transcript of Summary Judgment Oral Argument, *Curtis*, ECF No. 379 ...................**F**

Alcoa's Proposed Findings of Fact and Conclusions of Law, *Curtis*, ECF No. 507-2 .............. **G**

Plaintiffs' Memorandum of Law Supporting Motion for Clarification and/or Amendment of the Judgment Order, *Curtis*, ECF No. 526 ............................................................... **H**

Plaintiffs' Motion for Clarification and/or Amendment of the Judgment Order, *Curtis*, ECF No. 525 ....................................................................................................................**I**

Plaintiffs' Proposed Amended Judgment Order, *Curtis*, ECF No. 525-1.....................**J**

Plaintiffs' Motion for Attorneys' Fees, *Curtis*, ECF No. 527 .................................... **K**

Alcoa's Opposition to Plaintiffs' Motion for Clarification and/or Amendment of the Judgment Order, *Curtis*, ECF No. 532  ......................................................................**L**

Order Denying Pls.' Motion to Amend, *Curtis*, ECF No. 541 ...................................**M**

## CERTIFICATE OF SERVICE

I certify that on April 11, 2025, a true and correct copy of the foregoing document was

served upon counsel of record by the Court's CM/ECF service.

/s/ *Thomas Birsic*
Thomas Birsic