# <u>Exhibit C</u>

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | | |
|---|---|---|
| **CHARLES CURTIS, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No.  3:06-CV-448** |
| | ) | **(Phillips)** |
| **ALCOA, INC., Individually and as** | ) | |
| **Fiduciary of the Employees' Group** | ) | |
| **Benefits Plan of Alcoa Inc., Plan II,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGEMENT ORDER

Upon consideration of the evidence produced at the nonjury trial held September

22, 2009 through October 1, 2009, and for the reasons set forth in the findings of fact

and conclusions of law filed contemporaneously with this order, **IT IS ORDERED AND**

**ADJUDGED** that the plaintiffs take nothing, and that the action be **DISMISSED WITH**

**PREJUDICE** on the merits.

Dated at Knoxville, Tennessee, this _____ day of March, 2011.

**ENTER:**


_____
s/ Thomas W. Phillips
United States District Judge