**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION**

| | |
|---|---|
| LYNNETTE J. KAISER, et al., | |
| Plaintiffs, | |
| v. | No. 3:20-cv-278-RLY-CSW |
| ALCOA USA CORP., et al., | |
| Defendants. | |

**DEFENDANTS' MOTION TO WITHDRAW ERRONEOUSLY
FILED MEMORANDUM OF LAW IN SUPPORT OF MOTION
TO STAY INJUNCTION PENDING APPEAL (ECF No. 185)**

Defendants move the Court to withdraw their Memorandum of Law in Support of Motion to Stay Injunction Pending Appeal (ECF No. 185) as erroneously filed. The document at ECF No. 185 is a draft document that contains references to exhibits that do not correspond to the Appendix of Exhibits at ECF No. 185-1. The Amended Memorandum of Law in Support of Motion to Stay Injunction Pending Appeal Defendants intend to promptly file will correct this issue; there are no substantive differences between the two documents.

WHEREFORE, Defendants respectfully request that this Court grant their Motion to Withdraw Erroneously Filed Memorandum of Law in Support of Motion to Stay Injunction Pending Appeal (ECF No. 185).

DATED: April 14, 2025                      Respectfully submitted,

                                                   */s/ Mark E. Miller*

                                                   **MARK MILLER LAW OFFICE**
                                                   Mark E. Miller (Attorney No. 10458-82)

915 Main Street – Suite 203
PO Box 3009
Evansville, Indiana 47708
Telephone: 812.303.3444
mmiller@indianalawonline.com

**K&L GATES LLP**

Thomas Birsic (admitted *pro hac vice*)
Jeffrey Richter (admitted *pro hac vice*)
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: 412.355.6500
Fax: 412.355.6501
thomas.birsic@klgates.com
jeff.richter@klgates.com

Rosemary Alito (admitted *pro hac vice*)
One Newark Center, Tenth Floor
Newark, New Jersey 07102
Telephone: 973.848.4000
Fax: 973.848.4001
rosemary.alito@klgates.com

***Attorneys for Defendants***

# CERTIFICATE OF SERVICE

      I hereby certify that, on April 14, 2025, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                                              */s/ Mark E. Miller*
                                                Mark E. Miller