# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| LYNNETTE J. KAISER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALCOA USA CORP., et al., <br><br> Defendants. | No. 3:20-cv-278-RLY-CSW |

# APPENDIX OF EXHIBITS IN DEFENDANTS' AMENDED MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STAY INJUNCTION PENDING APPEAL

# APPENDIX OF EXHIBITS

|  | Exhibit |
|---|---|
| First Declaration of Tiffany Ackerman | A |
| Second Declaration of Tiffany Ackerman | B |
| Judgement Order, *Curtis*, ECF No. 524 | C |
| Alcoa's Answer to Plaintiffs' Amended Complaint, *Curtis*, ECF No. 11 | D |
| Alcoa's Response in Opposition to Plaintiffs' Motion for Preliminary Injunction, *Curtis*, ECF No. 64 | E |
| Transcript of Summary Judgment Oral Argument, *Curtis*, ECF No. 379 | F |
| Alcoa's Proposed Findings of Fact and Conclusions of Law, *Curtis*, ECF No. 507-2 | G |
| Plaintiffs' Memorandum of Law Supporting Motion for Clarification and/or Amendment of the Judgment Order, *Curtis*, ECF No. 526 | H |
| Plaintiffs' Motion for Clarification and/or Amendment of the Judgment Order, *Curtis*, ECF No. 525 | I |
| Plaintiffs' Proposed Amended Judgment Order, *Curtis*, ECF No. 525-1 | J |
| Plaintiffs' Motion for Attorneys' Fees, *Curtis*, ECF No. 527 | K |
| Alcoa's Opposition to Plaintiffs' Motion for Clarification and/or Amendment of the Judgment Order, *Curtis*, ECF No. 532 | L |
| Order Denying Pls.' Motion to Amend, *Curtis*, ECF No. 541 | M |

## CERTIFICATE OF SERVICE

I certify that on April 14, 2025, a true and correct copy of the foregoing document was served upon counsel of record by the Court's CM/ECF service.

/s/ *Mark E. Miller*
Mark E. Miller