# Exhibit A

# First Declaration of Tiffany Ackerman

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

LYNNETTE J. KAISER et al.,

Plaintiffs,

v.

No. 3:20-cv-278-RLY-MPB

ALCOA USA CORP. et al.,

Defendants.

## DECLARATION OF TIFFANY ACKERMAN

1.     My name is Tiffany Ackerman.  I am employed by Alcoa USA Corp. ("Alcoa")
as Compensation and Benefits Consultant.  I am personally familiar with the facts and
information set forth herein.

### Health Reimbursement Account ("HRA") Program

2.     Like most Americans, the primary source of health insurance for most of Alcoa's
retirees who are age 65 or older is Medicare, but Medicare does not cover all health-related
expenses, resulting in a private insurance market for supplemental Medicare coverage.  For
years, Alcoa sponsored a fixed group healthcare plan that offered Medicare-eligible retirees and
their eligible spouses and dependents supplemental Medicare coverage (the "Fixed Group Plan").

3.     In recent years, the individual Medicare market has undergone profound changes,
resulting in increasing options and savings for both retirees and former employers compared to
traditional fixed group plans.  In light of these benefits, Alcoa retained a global consulting firm,
Willis Towers Watson, to determine whether Alcoa could provide its retirees substantially
equivalent, if not superior, coverage through the individual market.

4.      Willis Towers Watson conducted impact modeling across all affected retirees and eligible spouses to determine the impact of moving to the HRA program, and in particular whether the HRA program could provide equivalent benefits at a lower cost to retirees and Alcoa. The analysis examined retirees' total out-of-pocket costs under the prior Fixed Group Plan, including Medicare Part B and Part D premiums, and studied the impact on costs through the HRA program based on variables that included utilization (the amount of services a retiree uses), geographic location (as individual insurance rates vary by location), age (as Medicare supplement insurance rates vary by age), and choice of plans (as future costs will depend upon the level of benefit a retiree chooses).

5.      After simulating thousands of possible outcomes, the analysis determined that 99% of Alcoa's retirees would have better coverage through the HRA program by taking advantage of the cost savings, additional flexibility, and greater options in the individual market, depending on where they live and what plans are offered in their area.

6.      True and correct copies of presentations summarizing the analysis by Willis Towers Watson are attached to this declaration. Confidential information involving retirees who are not part of this litigation has been redacted.

7.      Alcoa made the decision to transition certain hourly retirees, surviving spouses, and dependents from the Fixed Group Plan to individual plans effective January 1, 2021. Under the new arrangement, Alcoa provides funds through an annual HRA contribution. Individuals use the HRA funds, which are tax-free, to purchase their own healthcare plan through an insurance exchange secured and identified by Alcoa. The retirees can use the funds to pay for any qualified medical expense, such as their plan premiums or out-of-pocket medical costs such

2

as a deductible or copayment. Any unused HRA funds roll-over each year and can be used in the future.

8. Because participating in the HRA program requires a retiree to actively enroll and purchase individual plans on an insurance exchange with HRA funds, Alcoa took steps to assist its retirees and their eligible spouses with the enrollment process and engaged Via Benefits, the nation's largest private Medicare exchange that helps retirees find and purchase benefits.

9. Beginning in August 2020, Via Benefits and Alcoa sent multiple communications to retirees and eligible spouses explaining in detail the upcoming changes, urging them to take action and work with Via Benefits to transition from the prior Fixed Group Plan to the new HRA program, and providing them with information to evaluate, choose, and enroll in new individual plans.

10. I understand that Plaintiffs have filed a putative class action against Alcoa and the insurance plans challenging the transition from the Fixed Group Plan to the HRA program.

11. Many of Alcoa's employees are represented by various unions, including the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO/CLC ("USW") and Aluminum Trades Council of Wenatchee, Washington AFL-CIO ("ATC") (together, the "Unions"). I understand that the Unions are named Plaintiffs in this lawsuit.

12. According to Alcoa's records, the class defined by Plaintiffs in their Motion to Certify a Class, ECF No. 81, consists of approximately 3,153 individuals.

13. By the end of the enrollment period for the 2021 plan year, a total of 2,091 putative class members enrolled in the HRA program, while 794 affirmatively declined to enroll.

3

14.     Despite the joint efforts of Alcoa, Via Benefits, and Plaintiffs to contact them, 268 individuals could not be reached and did not enroll in the HRA program. The parties sent a joint communication to these individuals in October 2021 explaining that they could enroll for the 2022 plan year during the enrollment period (October 15 – December 7, 2021). An additional 29 individuals enrolled in this period, bringing the number of putative class members enrolled in the HRA program to 2,120.

15.     The annual HRA contributions of the putative class members for the 2021 plan year varied from $2,500 to $3,400, depending on where a retiree was employed and when they retired. These amounts were derived from the Fixed Group Plan costs and the lower cost of coverage that is available to retirees on the individual market. Alcoa increased the HRA contribution for every putative class member to $3,400 for the 2022 plan year, which I understand was part of its settlement with Plaintiffs regarding their motion for preliminary injunction.

16.     I understand that Plaintiffs are seeking damages for the alleged difference between the measure of benefits under the Prior Fixed Plan and the HRA program. Alcoa does not have visibility into the plans purchased by the putative class members or their out-of-pocket expenses, due in large part to HIPAA restrictions.

## Collective Bargaining Agreements ("CBAs") and facilities

17.     Alcoa and/or its predecessors, affiliates and subsidiaries has owned and operated numerous facilities throughout the United States during different periods. The Unions are divided into different Local Unions across the facilities. Each employee is represented by the Local Union at his or her respective facility.

4

18. The proposed class consists of retirees that worked at and retired from 48 different Alcoa facilities across the country over several decades. Each facility is represented by a Local Union that enters into a distinct CBA with Alcoa. Accordingly, the CBA applicable to a particular retiree, eligible spouse, or dependent depends on the facility they retired from and when they retired.

19. The facilities can be further characterized as "Master" and "Non-Master" facilities, which indicates how Alcoa and the Local Unions at those facilities conduct the collective bargaining process. Generally, the CBAs for Master Facilities are negotiated on a group basis, resulting in a "Master Settlement Agreement" between Alcoa and the USW every four years that the terms of the prior CBAs at the Master Facilities will be renewed (except as otherwise provided). New CBAs at the Master Facilities are then prepared and executed with the Local Unions. The CBAs for Non-Master Facilities are separately negotiated with the Local Union and are not part of the Master Settlement Agreement bargaining process.

20. According to the data available to Alcoa, the retirees in the proposed class retired across a period of approximately 30 years, from 1970 to as recently as 2001.

21. There have been well over 100 separate CBAs negotiated between Alcoa and the USW over the past several decades, with provisions that have been evolving for many years.

22. According to Alcoa's records, a chart of the 48 different facilities associated with the class is set forth below, along with the associated number of retirees:

| CBAs applicable to Class Members (by facility, in alphabetical order) | |
|---|---|
| 1. Acuna Warehouse, Mexico (3) | 29. Marshall (Scottsville), TX (1) |
| 2. Alcoa, TN (2) | 30. Massena, NY (148) |
| 3. Arkadelphia, AR (10) | 31. Mobile, AL (64) |
| 4. Ashville Plant, OH (17) | 32. New Kensington, PA (12) |
| 5. Badin, NC (38) | 33. Patterson Reduction Plan, AR (45) |
| 6. Batan Rouge Coke Plant, LA (3) | 34. Phoenix Extrusion Plan, AZ (98) |
| 7. Bauxite, AR (177) | 35. Point Comfort, TX (227) |

5

| | |
|---|---|
| 8. Bauxite, AR (HURR CRK) (51) <br> 9. Bellwood Extrusion Plant, VA (38) <br> 10. Bristol End Plant, VA (1) <br> 11. FDI (2) <br> 12. Fluorsparr-Eagle Pass, AR (5) <br> 13. Fort Meade, FL (2) <br> 14. Fredrick, MD (Alumax) (254) <br> 15. Gregory, TX (RMC) (13) <br> 16. Hot Spring Cont Rolling, AR (4) <br> 17. Hurricane Creek Plant, AR (100) <br> 18. Jones Mills, AR (123) <br> 19. Listerhill Reduction Plant, AL (142) <br> 20. Logans Ferry, PA (15) <br> 21. Longview Cable Plant, WA (50) <br> 22. Longview Reduction Plant, WA (62) <br> 23. Louisville Foil Plant #1, KY (57) <br> 24. Louisville Laminating Plant, KY (8) <br> 25. Louisville Powder & Paste, KY (9) <br> 26. Louisville, KY (RMC-Lvle # 3) (5) <br> 27. Malvern, AK (2) <br> 28. Malvren Cable Plant, AR (220) | 36. Richmond, IN (66) <br> 37. Richmond, VA – Foil North (24) <br> 38. Richmond, VA – Foil South (40) <br> 39. Rockdale, TX (160) <br> 40. San Patricio, TX (64) <br> 41. Sherwin Aluminia Plant, TX (80) <br> 42. St Lawerence Reduction Plant, NY (112) <br> 43. St Louis Printing Plant, MO (38) <br> 44. Tapoco, NC (9) <br> 45. Torrance, CA (RMC TORR EXT) (5) <br> 46. Troutdale, OR (37) <br> 47. Warrick (Newburgh, IN) (284) <br> 48. Wenatchee, WA (65) |
| **NOTE:** Alcoa's records do not contain any information regarding which of the above facilities are associated with 142 of the putative class members or their dates of retirement. | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 25, 2022.

Tiffany Ackerman
Compensation & Benefits Consultant

# ATTACHMENT 1

# Retiree Impact Analysis

## Alcoa



January-19

willistowerswatson.com

© 2019 Willis Towers Watson. All rights reserved. Proprietary and Confidential. For Willis Towers Watson and Willis Towers Watson client use only.

Willis Towers Watson **I·I'I'I·I**   1

# Analysis Summary

| Current Plans (Cohorts) | Modeled Members | Current Monthly Premium | Current Employer Monthly Net Cost (after retiree's share and RDS) | Proposed Employer Monthly Subsidy (net of Rx Cat Funding) | Proposed Reduction in Employer Subsidy | Winners with proposed HRA | Retiree Avg. Monthly/ Annual Savings |
|---|---|---|---|---|---|---|---|
| HRLY | 2,232 | $298 | $394 | $283 | 28% | 99% | $326 / $3915 |
| RHH18 | 1,930 | $298 | $394 | $283 | 28% | 99% | $356 / $4271 |
| RHH28 | 408 | $298 | $394 | $283 | 28% | 99% | $334 / $4010 |
| G216H | 273 | $299 | $395 | $283 | 28% | 98% | $340 / $4078 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| H200 | 9 | $295 | $391 | $283 | 28% | 99% | $371 / $4455 |

© 2019 Willis Towers Watson. All rights reserved. Proprietary and Confidential. For Willis Towers Watson and Willis Towers Watson client use only.

# Analysis Summary Page 2 of 2



| Current Plans (Cohorts) | Modeled Members | Current Monthly Premium | Current Employer Monthly Net Cost (after retiree's share and RDS) | Proposed Employer Monthly Subsidy (net of Rx Cat Funding) | Proposed Reduction in Employer Subsidy | Winners with proposed HRA | Retiree Avg. Monthly/ Annual Savings |
|---|---|---|---|---|---|---|---|

Not yet completed modeling for the following small groups:



- G222                    54 members

WillisTowersWatson.com

© 2019 Willis Towers Watson. All rights reserved. Proprietary and Confidential. For Willis Towers Watson and Willis Towers Watson client use only.

3

# Retiree Impact Modeling

WillisTowersWatson.com

© 2019 Willis Towers Watson. All rights reserved. Proprietary and Confidential. For Willis Towers Watson and Willis Towers Watson client use only.

4

# Overview of Medicare exchange modeling process

- Our analysis examines total retiree costs:
  - Retiree out-of-pocket costs (e.g., copays) payable at point-of-service that vary based on use
  - Fixed retiree contributions including
    - Contributions to the employer plan
    - Medicare Part B and Part D premiums
    - Medicare Supplement/Medicare Advantage premiums
- To determine how these costs change, we examine the following variables:
  - Utilization – the amount of services a retiree uses
  - Geography – individual insurance rates vary by retiree location
  - Age – individual Medicare Supplement rates vary by age
  - Choice – Future costs will depend upon the level of benefit a retiree chooses
- The intent of the analysis is to bracket the financial opportunity for both employers and retirees in order to provide the strongest financial foundation for decision making.

© 2019 Willis Towers Watson. All rights reserved. Proprietary and Confidential. For Willis Towers Watson and Willis Towers Watson client use only.

# Assumed individual market plan options

— **Medigap (Medicare Supplement)** plans evaluated include Plan HiF (Low), Plan N (Med) and Plan G (High)

  — **Plan High Deductible F** (HiF) provides the same coverage as Plan F but requires the participant to fulfill an annual deductible ($2,300 in 2019)

  — **Plan N** benefits include: Office Visit copay of $20, ER copay of $50 and Part B deductible ($185 in 2019). All other Medicare covered services covered at 100%

  — **Plan G** benefits offer 100% coverage for all Medicare covered services after the Part B deductible

  — Rates modeled reflect the average of the lowest rates available in the top retiree locations, weighted by the age distribution of the population

  — **Medicare Part D (PDP)** plan rates are based on the SilverScript Choice PDP plan and modeled benefits are based on Standard Part D Parameters

© 2019 Willis Towers Watson. All rights reserved. Proprietary and Confidential. For Willis Towers Watson and Willis Towers Watson client use only.



# Cohort 1: HRLY

WillisTowersWatson.com

© 2019 Willis Towers Watson. All rights reserved. Proprietary and Confidential. For Willis Towers Watson and Willis Towers Watson client use only.

# Individual market footprint summary

| Metro Area | Eligibles | # of plan options available | | | Maximum annual premium | | |
|---|---|---|---|---|---|---|---|
| | | MAPD | Medigap | PDP | Min MAPD | Medigap [1] | PDP [2] |
| Evansville, IN-KY MSA | 286 | 10-18 | 22-33 | 19 | $0 | $2,263 | $349 |
| NY NONMETROPOLITAN AREA | 254 | 16-34 | 21-31 | 16 | 0 | 2,520 | 455 |
| TX NONMETROPOLITAN AREA | 228 | 4-27 | 37-41 | 20 | 0 | 2,436 | 294 |
| WA NONMETROPOLITAN AREA | 201 | 0-17 | 24-26 | 17 | 0 | 2,034 | 390 |
| Portland-Vancouver-Beaverton, OR-WA MSA | 187 | 0-24 | 22-26 | 17 | 0 | 2,315 | 390 |
| Rates for Average Retiree Modeling[3] | 1,156 | | | | $0 | $2,908 | $376 |

1. Medigap premium based on the Maximum premium available to a 75-year old male for Plan G (richest Medigap plan)
2. Part D plan rates reflect the SilverScript Choice PDP
3. Reflects actual age band distribution for top 5 areas

- Based on the census information provided, Alcoa's retirees would have access to a meaningful variety of plan choices in the individual market

- Across all of the top 5 areas, retirees have access to a $0 premium MAPD plan

- Medigap (Plan F) rates vary across these areas with NY NONMETROPOLITAN AREA being the highest modeled area and Portland, OR-WA MSA being the lowest modeled area

- PDP rates are stable by area

WillisTowersWatson.com

© 2019 Willis Towers Watson. All rights reserved. Proprietary and Confidential. For Willis Towers Watson and Willis Towers Watson client use only.

8

# Current plan design, cost, and contributions

## Cohort 1: HRLY

| Current Plan Cost | | |
|---|---|---|
| 2018 retiree only premium equivalent rate (annual): | $3,573  Monthly: | $298 |
| Employer contribution: | $3,573 | $298 |
| **Current Plan Design:** | | |
| **Medical: Medicare Supplement** | | |
| Part A deductible: | 100% | Part B coinsurance: | 0% |
| Part A copays: | 100% | Expenses not covered by Medicare: | 0% |
| Part A lifetime maximum: | 100% | OOP Max: | $100,000 |
| Part B deductible: | 0% | | |
| **Pharmacy:** Traditional with RDS | | |
| Deductible: | $50 | Annual Max Benefit: | N/A |
| OOP Max: | N/A | | |

|  | Retail | | | Mail | | |
|---|---|---|---|---|---|---|
|  | Coinsurance | Minimum | Maximum | Coinsurance | Minimum | Maximum |
| Generic: | N/A | $5 | $5 | N/A | $5 | $5 |
| Brand Formulary: | N/A | $10 | $10 | N/A | $15 | $15 |
| Brand Non-Formulary: | N/A | $10 | $10 | N/A | $15 | $15 |

© 2019 Willis Towers Watson. All rights reserved. Proprietary and Confidential. For Willis Towers Watson and Willis Towers Watson client use only.

# Retiree & Employer savings analysis – Average utilizer (first year)

## Cohort 1: HRLY with $3350/$279 HRA and $50/$4 CatRx

| Cost Comparisons | Current Medical Plan | Medicare Supplement + Part D | | | |
|---|---|---|---|---|---|
| **Retiree Costs** | | Plan HiF | Plan N | Plan G | MAPD |
| **Premium Cost Comparison** | | | | | |
| Plan Premium | $ 3,573 | $ 1,408 | $ 2,384 | $ 3,284 | $ - |
| Medicare Part B Premium | $ 1,626 | $ 1,626 | $ 1,626 | $ 1,626 | $ 1,626 |
| Employer subsidy/suggested HRA | $ (5,199) | $ (3,350) | $ (3,350) | $ (3,350) | $ (3,350) |
| Cost to retiree | $ - | $ (316) | $ 660 | $ 1,560 | $ (1,724) |
| | | | | | |
| **Monthly Retiree point-of-care costs** | | | | | |
| Assumed Medical | $ 4,734 | $ 1,721 | $ 668 | $ 182 | $ 2,436 |
| Assumed Rx | $ 201 | $ 738 | $ 738 | $ 738 | $ 738 |
| Total | $ 4,935 | $ 2,459 | $ 1,405 | $ 920 | $ 3,174 |
| | | | | | |
| **Average total retiree cost** | $ 4,935 | $ 2,143 | $ 2,065 | $ 2,480 | $ 1,450 |
| **Average retiree savings** | | $ 2,793 | $ 2,870 | $ 2,455 | $ 3,485 |
| **Employer Cost** | | | | | |
| Employer Subsidy/Future HRA | $ 5,199 | $ 3,350 | $ 3,350 | $ 3,350 | $ 3,350 |
| less RDS/Catastrophic Rx | $ (470) | $ 50 | $ 50 | $ 50 | $ 50 |
| Total Cost | $ 4,729 | $ 3,400 | $ 3,400 | $ 3,400 | $ 3,400 |
| **Total Employer Savings** | | $ 1,329 | $ 1,329 | $ 1,329 | $ 1,329 |

© 2019 Willis Towers Watson. All rights reserved. Proprietary and Confidential. For Willis Towers Watson and Willis Towers Watson client use only.

# Retiree savings analysis – all utilizers (first year)

## Cohort 1: HRLY with $3350/$279 HRA and $50/$4 CatRx





**Best Choice**
Lowest cost plan of:
- Hi Plan F + Part D
- Plan G + Part D
- Plan N + Part D
- MAPD

| NY NONMETROPOLITAN AREA | |
|---|---|
| | Best |
| Avg Loss | ($57) |
| Avg Win | 4,310 |
| % Loss | 1% |
| % Win | 99% |

| Portland, OR-WA MSA | |
|---|---|
| | Best |
| Avg Loss | ($57) |
| Avg Win | 3,915 |
| % Loss | 1% |
| % Win | 99% |

- We simulated thousands of possible retiree outcomes
- With a $279 monthly HRA subsidy we expect that 99% of retirees will see financial savings opportunities by choosing a Best Choice plan (see right)
- Adding a catastrophic Rx HRA will allow high Rx utilizers to also realize savings

WillisTowersWatson.com

© 2019 Willis Towers Watson. All rights reserved. Proprietary and Confidential. For Willis Towers Watson and Willis Towers Watson client use only.

# Cohort 2: RHH18

# Individual market footprint summary

| Metro Area | Eligibles | # of plan options available | | | Maximum annual premium | | |
|---|---|---|---|---|---|---|---|
| | | MAPD | Medigap | PDP | Min MAPD | Medigap [1] | PDP [2] |
| Little Rock-North Little Rock-Conway, AR MSA | 288 | 13-21 | 29 | 17 | $0 | $1,701 | $278 |
| Florence-Muscle Shoals, AL MSA | 267 | 11-12 | 29 | 20 | 0 | 2,098 | 355 |
| AR NONMETROPOLITAN AREA | 245 | 6-21 | 24-29 | 17 | 0 | 1,701 | 278 |
| Richmond, VA MSA | 209 | 5-24 | 19-23 | 19 | 0 | 2,049 | 350 |
| Corpus Christi, TX MSA | 150 | 11-17 | 41 | 20 | 0 | 2,220 | 294 |
| Rates for Average Retiree Modeling[3] | 1,159 | | | | $0 | $2,540 | $311 |

1. Medigap premium based on the Maximum premium available to a 75-year old male for Plan G (richest Medigap plan)
2. Part D plan rates reflect the SilverScript Choice PDP
3. Reflects actual age band distribution for top 5 areas

- Based on the census information provided, Alcoa's retirees would have access to a meaningful variety of plan choices in the individual market

- Across all of the top 5 areas, retirees have access to a $0 premium MAPD plan

- Medigap (Plan F) rates vary across these areas with Corpus Christi, TX MSA being the highest modeled area and Little Rock, AR MSA being the lowest modeled area

- PDP rates are stable by area

# Current plan design, cost, and contributions

## Cohort 2: RHH18

| Current Plan Cost | | | |
|---|---|---|---|
| 2018 retiree only premium equivalent rate (annual): | | $3,573  Monthly: | $298 |
| Employer contribution: | | $3,573 | $298 |

| Current Plan Design: | | | |
|---|---|---|---|
| **Medical: Medicare Supplement** | | | |
| Part A deductible: | 100% | Part B coinsurance: | 0% |
| Part A copays: | 100% | Expenses not covered by Medicare: | 0% |
| Part A lifetime maximum: | 100% | OOP Max: | $100,000 |
| Part B deductible: | 0% | | |

| **Pharmacy:** Traditional with RDS | | | | | | | |
|---|---|---|---|---|---|---|---|
| Deductible: | | $50 | | Annual Max Benefit: | | N/A | |
| OOP Max: | | N/A | | | | | |
| | | **Retail** | | | **Mail** | | |
| | | Coinsurance | Minimum | Maximum | Coinsurance | Minimum | Maximum |
| Generic: | | N/A | $5 | $5 | N/A | $5 | $5 |
| Brand Formulary: | | N/A | $10 | $10 | N/A | $15 | $15 |
| Brand Non-Formulary: | | N/A | $10 | $10 | N/A | $15 | $15 |

# Retiree & Employer savings analysis – Average utilizer (first year)

## Cohort 2: RHH18 with $3350/$279 HRA and $50/$4 CatRx

| Cost Comparisons | Current Medical Plan | Medicare Supplement + Part D | | | | |
|---|---|---|---|---|---|---|
| **Retiree Costs** | | Plan HiF | Plan N | Plan G | | MAPD |
| **Premium Cost Comparison** | | | | | | |
| Plan Premium | $ 3,573 | $ 1,281 | $ 2,161 | $ 2,851 | | $ - |
| Medicare Part B Premium | $ 1,626 | $ 1,626 | $ 1,626 | $ 1,626 | | $ 1,626 |
| Employer subsidy/suggested HRA | $ (5,199) | $ (3,350) | $ (3,350) | $ (3,350) | | $ (3,350) |
| Cost to retiree | $ - | $ (443) | $ 437 | $ 1,127 | | $ (1,724) |
| | | | | | | |
| **Monthly Retiree point-of-care costs** | | | | | | |
| Assumed Medical | $ 4,734 | $ 1,721 | $ 668 | $ 182 | | $ 2,222 |
| Assumed Rx | $ 201 | $ 738 | $ 738 | $ 738 | | $ 738 |
| Total | $ 4,935 | $ 2,459 | $ 1,405 | $ 920 | | $ 2,960 |
| | | | | | | |
| **Average total retiree cost** | $ 4,935 | $ 2,016 | $ 1,843 | $ 2,047 | | $ 1,236 |
| **Average retiree savings** | | $ 2,919 | $ 3,093 | $ 2,888 | | $ 3,699 |
| **Employer Cost** | | | | | | |
| Employer Subsidy/Future HRA | $ 5,199 | $ 3,350 | $ 3,350 | $ 3,350 | | $ 3,350 |
| less RDS/Catastrophic Rx | $ (470) | $ 50 | $ 50 | $ 50 | | $ 50 |
| Total Cost | $ 4,729 | $ 3,400 | $ 3,400 | $ 3,400 | | $ 3,400 |
| **Total Employer Savings** | | $ 1,329 | $ 1,329 | $ 1,329 | | $ 1,329 |

# Retiree savings analysis – all utilizers (first year)

## Cohort 2: RHH18 with $3350/$279 HRA and $50/$4 CatRx





**Best Choice**
Lowest cost plan of:
- Hi Plan F + Part D
- Plan G + Part D
- Plan N + Part D
- MAPD

| Corpus Christi, TX MSA | |
| --- | ---: |
| | Best |
| Avg Loss | ($57) |
| Avg Win | 4,371 |
| % Loss | 1% |
| % Win | 99% |

| Little Rock, AR MSA | |
| --- | ---: |
| | Best |
| Avg Loss | ($57) |
| Avg Win | 4,271 |
| % Loss | 1% |
| % Win | 99% |

- We simulated thousands of possible retiree outcomes
- With a $279 monthly HRA subsidy we expect that 99% of retirees will see financial savings opportunities by choosing a Best Choice plan (see right)
- Adding a catastrophic Rx HRA will allow high Rx utilizers to also realize savings

WillisTowersWatson.com



## Cohort 3: RHH28

WillisTowersWatson.com

# Individual market footprint summary

| Metro Area | Eligibles | # of plan options available | | | Maximum annual premium | | |
|---|---|---|---|---|---|---|---|
| | | MAPD | Medigap | PDP | Min MAPD | Medigap [1] | PDP [2] |
| Harrisonburg, VA MSA | 136 | 4-8 | 23 | 19 | $0 | $1,836 | $350 |
| AR NONMETROPOLITAN AREA | 59 | 5-21 | 29 | 17 | 0 | 1,701 | 278 |
| Portland-Vancouver-Beaverton, OR-WA MSA | 52 | 22-24 | 22-26 | 17 | 0 | 2,315 | 390 |
| VA NONMETROPOLITAN AREA | 50 | 6-8 | 23 | 19 | 0 | 1,836 | 350 |
| Hot Springs, AR MSA | 26 | 17-19 | 29 | 17 | 0 | 1,701 | 278 |
| Rates for Average Retiree Modeling[3] | 323 | | | | $0 | $2,033 | $330 |

1. Medigap premium based on the Maximum premium available to a 75-year old male for Plan G (richest Medigap plan)
2. Part D plan rates reflect the SilverScript Choice PDP
3. Reflects actual age band distribution for top 5 areas

- Based on the census information provided, Alcoa's retirees would have access to a meaningful variety of plan choices in the individual market

- Across all of the top 5 areas, retirees have access to a $0 premium MAPD plan

- Medigap (Plan F) rates vary across these areas with Portland, OR-WA MSA being the highest modeled area and AR NONMETROPOLITAN AREA being the lowest modeled area

- PDP rates are stable by area

# Current plan design, cost, and contributions

## Cohort 3: RHH28

| Current Plan Cost | | | |
|---|---|---|---|
| 2018 retiree only premium equivalent rate (annual): | $3,573 | Monthly: | $298 |
| Employer contribution: | $3,573 | | $298 |
| **Current Plan Design:** | | | |

### Medical: Medicare Supplement

| | | | |
|---|---|---|---|
| Part A deductible: | 100% | Part B coinsurance: | 0% |
| Part A copays: | 100% | Expenses not covered by Medicare: | 0% |
| Part A lifetime maximum: | 100% | OOP Max: | $100,000 |
| Part B deductible: | 0% | | |

### Pharmacy: Traditional with RDS

| | | | |
|---|---|---|---|
| Deductible: | $50 | Annual Max Benefit: | N/A |
| OOP Max: | N/A | | |

| | Retail | | | Mail | | |
|---|---|---|---|---|---|---|
| | Coinsurance | Minimum | Maximum | Coinsurance | Minimum | Maximum |
| Generic: | N/A | $5 | $5 | N/A | $5 | $5 |
| Brand Formulary: | N/A | $10 | $10 | N/A | $15 | $15 |
| Brand Non-Formulary: | N/A | $10 | $10 | N/A | $15 | $15 |

# Retiree & Employer savings analysis – Average utilizer (first year)

## Cohort 3: RHH28 with $3350/$279 HRA and $50/$4 CatRx

| Cost Comparisons | Current Medical Plan | Medicare Supplement + Part D | | | | | |
|---|---|---|---|---|---|---|---|
| **Retiree Costs** | | Plan HiF | | Plan N | | Plan G | MAPD |
| **Premium Cost Comparison** | | | | | | | |
| Plan Premium | $ 3,573 | $ 1,198 | | $ 2,006 | | $ 2,362 | $ - |
| Medicare Part B Premium | $ 1,626 | $ 1,626 | | $ 1,626 | | $ 1,626 | $ 1,626 |
| Employer subsidy/suggested HRA | $ (5,199) | $ (3,350) | | $ (3,350) | | $ (3,350) | $ (3,350) |
| Cost to retiree | $ - | $ (526) | | $ 282 | | $ 638 | $ (1,724) |
| | | | | | | | |
| **Monthly Retiree point-of-care costs** | | | | | | | |
| Assumed Medical | $ 4,734 | $ 1,721 | | $ 668 | | $ 182 | $ 2,780 |
| Assumed Rx | $ 201 | $ 738 | | $ 738 | | $ 738 | $ 738 |
| Total | $ 4,935 | $ 2,459 | | $ 1,405 | | $ 920 | $ 3,517 |
| | | | | | | | |
| **Average total retiree cost** | $ 4,935 | $ 1,933 | | $ 1,687 | | $ 1,558 | $ 1,793 |
| **Average retiree savings** | | $ 3,002 | | $ 3,248 | | $ 3,377 | $ 3,142 |
| **Employer Cost** | | | | | | | |
| Employer Subsidy/Future HRA | $ 5,199 | $ 3,350 | | $ 3,350 | | $ 3,350 | $ 3,350 |
| less RDS/Catastrophic Rx | $ (470) | $ 50 | | $ 50 | | $ 50 | $ 50 |
| Total Cost | $ 4,729 | $ 3,400 | | $ 3,400 | | $ 3,400 | $ 3,400 |
| **Total Employer Savings** | | $ 1,329 | | $ 1,329 | | $ 1,329 | $ 1,329 |

# Retiree savings analysis – all utilizers (first year)

## Cohort 3: RHH28 with $3350/$279 HRA and $50/$4 CatRx





### Best Choice
Lowest cost plan of:
- Hi Plan F + Part D
- Plan G + Part D
- Plan N + Part D
- MAPD

- We simulated thousands of possible retiree outcomes
- With a $279 monthly HRA subsidy we expect that 99% of retirees will see financial savings opportunities by choosing a Best Choice plan (see right)
- Adding a catastrophic Rx HRA will allow high Rx utilizers to also realize savings

| Portland, OR-WA MSA | |
|---|---|
| | Best |
| Avg Loss | $0 |
| Avg Win | 4,010 |
| % Loss | 1% |
| % Win | 99% |

| AR NONMETROPOLITAN AREA | |
|---|---|
| | Best |
| Avg Loss | $0 |
| Avg Win | 4,351 |
| % Loss | 1% |
| % Win | 99% |

# Cohort 4: G216H

# Individual market footprint summary

| Metro Area | Eligibles | # of plan options available | | | Maximum annual premium | | |
|---|---|---|---|---|---|---|---|
| | | MAPD | Medigap | PDP | Min MAPD | Medigap [1] | PDP [2] |
| Hagerstown-Martinsburg, MD-WV MSA | 115 | 2-20 | 16-32 | 17-19 | $0 | $2,479 | $368 |
| Washington-Arlington-Alexandria, DC-VA-MD-WV MSA | 109 | 3-20 | 16-32 | 17-19 | 0 | 2,479 | 350 |
| Baltimore-Towson, MD MSA | 17 | 3-7 | 16 | 17 | 0 | 2,479 | 368 |
| PA NONMETROPOLITAN AREA | 13 | 33-46 | 27-33 | 19 | 0 | 2,115 | 390 |
| Myrtle Beach-Conway-North Myrtle Beach, SC MSA | 4 | 11 | 34 | 19 | 0 | 2,044 | 282 |
| Rates for Average Retiree Modeling[3] | 258 | | | | $0 | $2,525 | $352 |

1. Medigap premium based on the Maximum premium available to a 75-year old male for Plan G (richest Medigap plan)
2. Part D plan rates reflect the SilverScript Choice PDP
3. Reflects actual age band distribution for top 5 areas

- Based on the census information provided, Alcoa's retirees would have access to a meaningful variety of plan choices in the individual market

- Across all of the top 5 areas, retirees have access to a $0 premium MAPD plan

- Medigap (Plan F) rates vary across these areas with Hagerstown, MD-WV MSA being the highest modeled area and Myrtle Beach, SC MSA being the lowest modeled area

- PDP rates are stable by area

# Current plan design, cost, and contributions

## Cohort 4: G216H

| Current Plan Cost | | | |
|---|---|---|---|
| 2018 retiree only premium equivalent rate (annual): | $3,588 | Monthly: | $299 |
| Employer contribution: | $3,588 | | $299 |
| **Current Plan Design:** | | | |

| **Medical: Medicare Supplement** | | | |
|---|---|---|---|
| Part A deductible: | 100% | Part B coinsurance: | 0% |
| Part A copays: | 100% | Expenses not covered by Medicare: | 0% |
| Part A lifetime maximum: | 100% | OOP Max: | $100,000 |
| Part B deductible: | 0% | | |

**Pharmacy:** Traditional with RDS

| | | | | |
|---|---|---|---|---|
| Deductible: | $50 | Annual Max Benefit: | N/A | |
| OOP Max: | N/A | | | |

| | Retail | | | Mail | | |
|---|---|---|---|---|---|---|
| | Coinsurance | Minimum | Maximum | Coinsurance | Minimum | Maximum |
| Generic: | N/A | $5 | $5 | N/A | $0 | $0 |
| Brand Formulary: | N/A | $10 | $10 | N/A | $10 | $10 |
| Brand Non-Formulary: | N/A | $10 | $10 | N/A | $10 | $10 |

# Retiree & Employer savings analysis – Average utilizer (first year)

## Cohort 4: G216H with $3350/$279 HRA and $50/$4 CatRx

| Cost Comparisons | Current Medical Plan | Medicare Supplement + Part D | | | | |
|---|---|---|---|---|---|---|
| **Retiree Costs** | | Plan HiF | Plan N | Plan G | | MAPD |
| **Premium Cost Comparison** | | | | | | |
| Plan Premium | $ 3,588 | $ 1,285 | $ 2,321 | $ 2,877 | | $ - |
| Medicare Part B Premium | $ 1,626 | $ 1,626 | $ 1,626 | $ 1,626 | | $ 1,626 |
| Employer subsidy/suggested HRA | $ (5,214) | $ (3,350) | $ (3,350) | $ (3,350) | | $ (3,350) |
| Cost to retiree | $ - | $ (439) | $ 597 | $ 1,153 | | $ (1,724) |
| | | | | | | |
| **Monthly Retiree point-of-care costs** | | | | | | |
| Assumed Medical | $ 4,734 | $ 1,721 | $ 668 | $ 182 | | $ 2,874 |
| Assumed Rx | $ 173 | $ 735 | $ 735 | $ 735 | | $ 735 |
| Total | $ 4,907 | $ 2,456 | $ 1,402 | $ 917 | | $ 3,608 |
| | | | | | | |
| **Average total retiree cost** | $ 4,907 | $ 2,017 | $ 1,999 | $ 2,070 | | $ 1,884 |
| **Average retiree savings** | | $ 2,890 | $ 2,907 | $ 2,837 | | $ 3,023 |
| **Employer Cost** | | | | | | |
| Employer Subsidy/Future HRA | $ 5,214 | $ 3,350 | $ 3,350 | $ 3,350 | | $ 3,350 |
| less RDS/Catastrophic Rx | $ (470) | $ 50 | $ 50 | $ 50 | | $ 50 |
| Total Cost | $ 4,744 | $ 3,400 | $ 3,400 | $ 3,400 | | $ 3,400 |
| **Total Employer Savings** | | $ 1,344 | $ 1,344 | $ 1,344 | | $ 1,344 |

# Retiree savings analysis – all utilizers (first year)

## Cohort 4: G216H with $3350/$279 HRA and $50/$4 CatRx





**Best Choice**

Lowest cost plan of:
- Hi Plan F + Part D
- Plan G + Part D
- Plan N + Part D
- MAPD

| Hagerstown, MD-WV MSA | |
|---|---|
| | Best |
| Avg Loss | ($134) |
| Avg Win | 4,078 |
| % Loss | 2% |
| % Win | 98% |

| Myrtle Beach, SC MSA | |
|---|---|
| | Best |
| Avg Loss | ($82) |
| Avg Win | 4,376 |
| % Loss | 1% |
| % Win | 99% |

- We simulated thousands of possible retiree outcomes
- With a $279 monthly HRA subsidy we expect that 98% of retirees will see financial savings opportunities by choosing a Best Choice plan (see right)
- Adding a catastrophic Rx HRA will allow high Rx utilizers to also realize savings

WillisTowersWatson.com

# Cohort 8: H200

WillisTowersWatson.com

# Individual market footprint summary

| Metro Area | Eligibles | # of plan options available | | | Maximum annual premium | | |
|---|---|---|---|---|---|---|---|
| | | MAPD | Medigap | PDP | Min MAPD | Medigap [1] | PDP [2] |
| Little Rock-North Little Rock-Conway, AR MSA | 4 | 18-19 | 29 | 17 | $0 | $1,701 | $278 |
| AR NONMETROPOLITAN AREA | 2 | 6 | 29 | 17 | 0 | 1,701 | 278 |
| Dallas-Fort Worth-Arlington, TX MSA | 1 | 26 | 41 | 20 | 0 | 2,352 | 294 |
| Louisville/Jefferson County, KY-IN MSA | 1 | 17 | 22 | 19 | 0 | 2,180 | 349 |
| Nashville-Davidson-Murfreesboro-Franklin, TN MSA | 1 | 16 | 30 | 17 | 0 | 2,008 | 355 |
| | | | | | | | |
| Rates for Average Retiree Modeling[3] | 9 | | | | $0 | $1,929 | $311 |

1. Medigap premium based on the Maximum premium available to a 75-year old male for Plan G (richest Medigap plan)
2. Part D plan rates reflect the SilverScript Choice PDP
3. Reflects actual age band distribution for top 5 areas

- Based on the census information provided, Alcoa's retirees would have access to a meaningful variety of plan choices in the individual market

- Across all of the top 5 areas, retirees have access to a $0 premium MAPD plan

- Medigap (Plan F) rates vary across these areas with Dallas, TX MSA being the highest modeled area and Little Rock, AR MSA being the lowest modeled area

- PDP rates are stable by area

# Current plan design, cost, and contributions

## Cohort 8: H200

| Current Plan Cost | | | |
|---|---|---|---|
| 2018 retiree only premium equivalent rate (annual): | $3,537 | Monthly: | $295 |
| Employer contribution: | $3,537 | | $295 |
| **Current Plan Design:** | | | |
| **Medical: Medicare Supplement** | | | |
| Part A deductible: | 100% | Part B coinsurance: | 0% |
| Part A copays: | 100% | Expenses not covered by Medicare: | 0% |
| Part A lifetime maximum: | 100% | OOP Max: | $100,000 |
| Part B deductible: | 0% | | |
| **Pharmacy:** Traditional with RDS | | | |
| Deductible: | $50 | Annual Max Benefit: | N/A |
| OOP Max: | N/A | | |

| | Retail | | | Mail | | |
|---|---|---|---|---|---|---|
| | Coinsurance | Minimum | Maximum | Coinsurance | Minimum | Maximum |
| Generic: | N/A | $6 | $6 | N/A | $12 | $12 |
| Brand Formulary: | N/A | $12 | $12 | N/A | $24 | $24 |
| Brand Non-Formulary: | N/A | $12 | $12 | N/A | $24 | $24 |

# Retiree & Employer savings analysis – Average utilizer (first year)

## Cohort 8: H200 with $3350/$279 HRA and $50/$4 CatRx

| Cost Comparisons | Current Medical Plan | Medicare Supplement + Part D | | | | |
|---|---|---|---|---|---|---|
| **Retiree Costs** | | Plan HiF | Plan N | Plan G | | MAPD |
| **Premium Cost Comparison** | | | | | | |
| Plan Premium | $ 3,537 | $ 1,155 | $ 1,970 | $ 2,240 | | $ - |
| Medicare Part B Premium | $ 1,626 | $ 1,626 | $ 1,626 | $ 1,626 | | $ 1,626 |
| Employer subsidy/suggested HRA | $ (5,163) | $ (3,350) | $ (3,350) | $ (3,350) | | $ (3,350) |
| Cost to retiree | $ - | $ (569) | $ 246 | $ 516 | | $ (1,724) |
| | | | | | | |
| **Monthly Retiree point-of-care costs** | | | | | | |
| Assumed Medical | $ 4,734 | $ 1,721 | $ 668 | $ 182 | | $ 2,492 |
| Assumed Rx | $ 267 | $ 746 | $ 746 | $ 746 | | $ 746 |
| Total | $ 5,001 | $ 2,467 | $ 1,414 | $ 928 | | $ 3,238 |
| | | | | | | |
| **Average total retiree cost** | $ 5,001 | $ 1,898 | $ 1,659 | $ 1,444 | | $ 1,514 |
| **Average retiree savings** | | $ 3,102 | $ 3,341 | $ 3,556 | | $ 3,487 |
| **Employer Cost** | | | | | | |
| Employer Subsidy/Future HRA | $ 5,163 | $ 3,350 | $ 3,350 | $ 3,350 | | $ 3,350 |
| less RDS/Catastrophic Rx | $ (470) | $ 50 | $ 50 | $ 50 | | $ 50 |
| Total Cost | $ 4,693 | $ 3,400 | $ 3,400 | $ 3,400 | | $ 3,400 |
| **Total Employer Savings** | | $ 1,293 | $ 1,293 | $ 1,293 | | $ 1,293 |

# Retiree savings analysis – all utilizers (first year)

## Cohort 8: H200 with $3350/$279 HRA and $50/$4 CatRx





**Best Choice**

Lowest cost plan of:
- Hi Plan F + Part D
- Plan G + Part D
- Plan N + Part D
- MAPD

| Dallas, TX MSA | |
|---|---|
| | Best |
| Avg Loss | $0 |
| Avg Win | 4,455 |
| % Loss | 1% |
| % Win | 99% |

| Little Rock, AR MSA | |
|---|---|
| | Best |
| Avg Loss | $0 |
| Avg Win | 4,611 |
| % Loss | 1% |
| % Win | 99% |

- We simulated thousands of possible retiree outcomes
- With a $279 monthly HRA subsidy we expect that 99% of retirees will see financial savings opportunities by choosing a Best Choice plan (see right)
- Adding a catastrophic Rx HRA will allow high Rx utilizers to also realize savings

WillisTowersWatson.com

# ATTACHMENT 2



# Medicare Marketplace Retiree Impact Summary Slides
## Alcoa

February 05, 2019

willistowerswatson.com

© 2019 Willis Towers Watson. All Rights Reserved.

# Executive Summary

- Willis Towers Watson modeled the financial impact of moving various union Medicare eligible retiree cohorts to a private Medicare exchange
- In total, modeling was done for 14,944 retirees and 14,816 retirees are "winners" meaning they have an opportunity to obtain equal to or better coverage in the individual Medicare marketplace compared to their current Alcoa plan
  - For the 128 disadvantaged retirees who do not such an opportunity, their additional out-of-pocket costs are not significant with only 11 having additional annual out-of-pocket costs between $751 and $2,000
- The majority of these retirees will be able to use their HRAs to purchase Medicare Supplement plan N and PDP coverage for between 7 – 12 years.
- A summary of the various retiree group modeling details follows.

**WillisTowersWatson.com**

© 2019 Willis Towers Watson. All rights reserved. Proprietary and Confidential. For Willis Towers Watson and Willis Towers Watson client use only.

# Executive Summary (continued)

| Group | Medicare Retirees | Annual HRA Amount | % Winners | HRA amount allows purchase of Plan N and PDP (years) |
|---|---|---|---|---|
| Uncapped | 4,602 | $3,400 | 98% | 10 – 12 years |
| ███████ | | | | |
| Group A | 152 | $2,500 | 99% | 1-3 years |
| ███████ | | | | |
| Total | 14,180 | | 99% | 7 – 9 years |

**WillisTowersWatson.com**

© 2019 Willis Towers Watson. All rights reserved. Proprietary and Confidential. For Willis Towers Watson and Willis Towers Watson client use only.

# Financial Impact by Cohort



© 2019 Willis Towers Watson. All rights reserved. Proprietary and Confidential. For Willis Towers Watson and Willis Towers Watson client use only.

4

# Uncapped Groups (5,258 total lives)

98.5% of retirees can obtain equal to or better coverage for less cost



© 2019 Willis Towers Watson. All rights reserved. Proprietary and Confidential. For Willis Towers Watson and Willis Towers Watson client use only.

# Group A (135 lives)

Over 99% of retirees can obtain equal to or better coverage for less cost



WillisTowersWatson.com

© 2019 Willis Towers Watson. All rights reserved. Proprietary and Confidential. For Willis Towers Watson and Willis Towers Watson client use only.



# Disadvantaged Summary (128 total lives)

Estimated Additional Cost for Retirees By Cohort



WillisTowersWatson.com

© 2019 Willis Towers Watson. All rights reserved. Proprietary and Confidential. For Willis Towers Watson and Willis Towers Watson client use only.

# HRA Purchasing Power by Cohort



willistowerswatson.com

© 2019 Willis Towers Watson. All rights reserved. Proprietary and Confidential. For Willis Towers Watson and Willis Towers Watson client use only.

# HRA Purchasing Power for Plan N + PDP (All Cohorts)



# HRA Purchasing Power for Plan N + PDP (Uncapped)



WillisTowersWatson.com

© 2019 Willis Towers Watson. All rights reserved. Proprietary and Confidential. For Willis Towers Watson and Willis Towers Watson client use only.