# Exhibit B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| LYNNETTE J. KAISER et al., | |
| Plaintiffs, | |
| v. | No. 3:20-cv-278-RLY-CSW |
| ALCOA USA CORP. et al., | |
| Defendants. | |

## SECOND DECLARATION OF TIFFANY ACKERMAN

1. My name is Tiffany Ackerman. I am employed by Alcoa USA Corp. ("Alcoa") as a Total Rewards Consultant. I am personally familiar with the facts and information set forth herein.

2. As a Total Rewards Consultant, my duties include responsibility for all aspects of Alcoa's employee benefit matters. This includes the costs associated with Alcoa's retiree benefit plans.

3. The cost to Alcoa of reinstating and maintaining the prior fixed group healthcare plan (the "Prior Plan") will be approximately $6,225 per class member per year. This figure includes the costs associated with sponsoring the Medicare Supplement Plan and the prescription drug plan, estimated at $4,537 per member per year, and Medicare Part B reimbursement payments, which in 2020 averaged $1,688.

4. The cost associated with sponsoring the Medicare Supplement Plan and the prescription drug plan will be paid to third parties in the form of premiums and fees. The costs associated with the Medicare Part B reimbursement payments will be paid directly to class members.

323024066.1

5.     This figure does not include additional potential expenses associated with plan administration, such as mailing costs for sending plan documents and notifications to retirees.

6.     The cost to Alcoa of reimbursing a class member for prior health and prescription drug expenses incurred from January 1, 2021 cannot be estimated with any reasonable degree of accuracy, as this depends on a number of individual factors unique to each individual and their healthcare circumstances.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 11, 2025.

*Tiffany Ackerman* (signature)

Tiffany Ackerman
Total Rewards Consultant
Alcoa USA Corp.