# Exhibit C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CHARLES CURTIS, et al., )
 )
    Plaintiffs, )
 )
v. ) No. 3:06-CV-448
 ) (Phillips)
ALCOA, INC., Individually and as )
Fiduciary of the Employees' Group )
Benefits Plan of Alcoa Inc., Plan II, )
 )
    Defendant. )

## JUDGEMENT ORDER

Upon consideration of the evidence produced at the nonjury trial held September 22, 2009 through October 1, 2009, and for the reasons set forth in the findings of fact and conclusions of law filed contemporaneously with this order, **IT IS ORDERED AND ADJUDGED** that the plaintiffs take nothing, and that the action be **DISMISSED WITH PREJUDICE** on the merits.

Dated at Knoxville, Tennessee, this _____ day of March, 2011.

**ENTER:**

                                  s/ Thomas W. Phillips
                                United States District Judge