# Exhibit I

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **CHARLES CURTIS, *et al.*,**  )<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**ALCOA INC., Individually and as Fiduciary of** )<br>**the Employees' Group Benefits Plan of Alcoa** )<br>**Inc., Plan II,** )<br>)<br>**Defendant.** ) | **Civ. No. 3:06-cv-448**<br>**Judge Phillips** |

## PLAINTIFFS' MOTION FOR CLARIFICATION
## AND/OR AMENDMENT OF THE JUDGMENT ORDER

Plaintiffs, through counsel, pursuant to Fed. R. Civ. P. 59(a)(2) and (e), hereby respectfully move the Court for entry of an Order clarifying and/or amending the Judgment Order (Doc. 524) entered in this case on March 9, 2011.

In further support hereof, Plaintiffs respectfully contemporaneously filed their memorandum in support, supporting declaration with attached exhibit and proposed order.

Wherefore, Plaintiffs respectfully request that their motion for clarification and to amend the judgment be granted.

Respectfully submitted this 23rd day of March, 2011 by:

        s/Gregory F. Coleman
        Gregory F. Coleman, BPR No. 014092
        Greg Coleman Law PC
        Bank of America Center
        550 Main Avenue, Suite 600
        Knoxville, TN 37902
        (865) 247-0080 (phone)
        (865) 522-0049 (fax)
        greg@gregcolemanlaw.com

s/Mona Lisa Wallace
Mona Lisa Wallace
Wallace and Graham, P.A.
525 North Main Street
Salisbury, NC 28144
(800) 849-5291 (phone)
(704) 633-9424 (fax)
mwallace@wallacegraham.com
Admitted Pro Hac Vice

s/Robert S. Catapano-Friedman
Robert S. Catapano-Friedman
Robert S. Catapano-Friedman, P.C.
11 N. Pearl St., Suite 1609, Box 45
Albany, New York 12207
(518) 463-7501 (phone)
(518) 463-7502 (fax)
catapan@inbox.com
Admitted Pro Hac Vice

s/Sarah Catapano-Friedman
Sarah Catapano-Friedman
Robert S. Catapano-Friedman, P.C.
The Catapano-Friedman Law Firm
50 Franklin Street, 4th Floor
Boston, MA 02110
(617) 542-7711 (phone)
617-542-7712 (fax)
scf@cflawfirm.com
Admitted Pro Hac Vice

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify on this 23rd day of March, 2011, I electronically filed the foregoing PLAINTIFFS' MOTION FOR CLARIFICATION AND/OR AMENDMENT OF THE JUDGMENT ORDER with the Clerk of the Court using the CM/ECF filing system, which will electronically serve on the same date, the attorneys for Defendant as indicated on the electronic filing receipt.

s/Gregory F. Coleman
Gregory F. Coleman