# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

April 14, 2025

**To:** Kristine L. Seufert
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

---

Appellate Case No: 25-1627

Caption:
LYNNETTE J. KAISER, on behalf of herself and all other persons similarly situated, et al.,

      Plaintiffs - Appellees

v.

ALCOA USA CORP., et al.,

      Defendants - Appellants

District Court No: 3:20-cv-00278-RLY-CSW
Clerk/Agency Rep Kristine L. Seufert
District Judge Richard L. Young
Date NOA filed in District Court: 04/14/2025

---

If you have any questions regarding this appeal, please call this office.