UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LYNNETTE J. KAISER on behalf of herself and all other persons similarly situated, et al.,<br><br>                Plaintiffs,<br><br>       v.<br><br>ALCOA USA CORP., et al.,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 3:20-cv-00278-RLY-CSW<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION TO WITHDRAW ERRONEOUSLY FILED MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STAY INJUNCTION PENDING APPEAL (ECF No. 185)**

AND NOW, this 15th day of April 2025, upon consideration of Defendants' *Motion to Withdraw Erroneously Filed Memorandum of Law in Support of Motion to Stay Injunction Pending Appeal (ECF No. 185)*, the Motion is hereby **GRANTED**. (ECF No. 188).

IT IS THEREFORE ORDERED that the memorandum of law and its attachments filed by Defendants at ECF No. 185 is **WITHDRAWN.**

    **SO ORDERED.**

    Date: April 15, 2025

                                                                   _____
                                                                    Crystal S. Wildeman
                                                                    United States Magistrate Judge
                                                                    Southern District of Indiana

Served electronically on all ECF-registered counsel.