IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LYNNETTE J. KAISER, et al., | |
| Plaintiffs, | |
| v. | No. 3:20-cv-278-RLY-CSW |
| ALCOA USA CORP., et al., | |
| Defendants. | |

**CONSENT MOTION TO EXTEND DEADLINES FOR PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO STAY INJUNCTION AND DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE**

Plaintiffs hereby request a fourteen (14) day extension of the deadline to respond to Defendants' motion to stay injunction pending appeal and a seven (7) day extension of the deadline for Defendants to file a reply to Plaintiffs' response. Defendants consent to this extension. As grounds for this motion, Plaintiffs state:

1. On March 28, 2025 the Court entered final judgment in favor of Plaintiffs, and entered an permanent injunction that required Alcoa to reinstate the Prior Plan retroactive to January 1, 2021, notify class members of the same and their right to seek payment of claims for expenses incurred from that point onward, pay class members their unreimbursed Medicare Part B premiums from that point onward, and pay said claims and Part B premiums with interest. *See* ECF No. 180, 181, 182.

2. On April 11, 2025, Defendants filed a notice of appeal, *see* ECF No. 183, and a motion to stay the injunction pending appeal. *See* ECF No. 184.

1

3.  Pursuant to Local Rule 7-1(c)(3)(A), the deadline for Plaintiffs' response in opposition to the motion to stay is 14 days after service of the motion, *i.e.*, April 25, 2025. The deadline for Defendants' reply is 7 days after service of Plaintiffs' response, *i.e.*, May 2, 2025.

4.  The parties have met and conferred and have agreed to a 14-day extension of the deadline for Plaintiffs' response, such that Plaintiff's response in opposition to the motion to stay, if the Court so orders, will be due on May 9, 2025. Plaintiffs submit that good cause exists to extend this deadline because Defendants' supporting brief is 30 pages long and contains numerous arguments which require significant time and effort to address. Moreover, the Court's resolution of the motion to stay has the capacity to significantly impact the rights of class members. Because of this complexity and significance of the issues, Plaintiffs further submit that good cause exists for a corresponding 7-day extension of the deadline for Defendants' reply to Plaintiffs' response, such that Defendants' reply will be due on May 23, 2025.

5.  No party will be prejudiced by the relief sought and this extension will not affect any of the other deadlines set in this case.

WHEREFORE, Plaintiffs respectfully request that this Court enter the proposed order attached hereto.

Dated: April 22, 2025

Respectfully submitted,

s/ *Ruairi McDonnell*
   Ruairi McDonnell

**FEINSTEIN DOYLE PAYNE
   & KRAVEC, LLC**
Pamina Ewing
Joel R. Hurt
Ruairi McDonnell
429 Fourth Avenue
Law & Finance Building, Suite 1300
Pittsburgh, Pennsylvania 15219
Telephone: (412) 281-8400
Facsimile: (412) 281-1007

pewing@fdpklaw.com
wpayne@fdpklaw.com
jhurt@fdpklaw.com
rmcdonnell@fdpklaw.com

**MACEY SWANSON LLP**
Barry A. Macey
Jeffrey A. Macey
429 N. Pennsylvania Street, Suite 204
Indianapolis, Indiana 46204
Telephone: (317) 637-2345
Facsimile: (317) 637-2369
bmacey@maceylaw.com
jmacey@maceylaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 22, 2025, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*s/ Ruairi McDonnell*
Ruairi McDonnell
