UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LYNNETTE J. KAISER on behalf of herself and all other persons similarly situated, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   No. 3:20-cv-00278-RLY-CSW ) |
| ALCOA USA CORP., et al., | ) ) |
| Defendants. | ) |

**ORDER GRANTING CONSENT MOTION TO EXTEND DEADLINES FOR PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO STAY INJUNCTION AND DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE**

AND NOW, this 24th day of April 2025, upon consideration of Plaintiffs' Consent Motion to Extend Deadlines for Plaintiffs' Response in Opposition to Defendants' Motion to Stay Injunction and Defendants' Reply to Plaintiffs' Response, the Motion is hereby GRANTED. (Dkt. No. 192).

IT IS THEREFORE ORDERED that Plaintiffs shall file their response to the stay motion (Dkt. No. 184) by **May 9, 2025**. Defendants shall file their reply to Plaintiffs' response by **May 23, 2025**.

**SO ORDERED.**

Date: April 24, 2025

_Crystal S. Wildeman_
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel.**